FILED

2013 Jun-26  PM 05:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit B

# PHILLIPS LAW GROUP, LLC

P.O. Box 362001                                   Voice: 205.383.3585
Birmingham, Alabama 35236                         Facsimile: 800.536.0385
www.wphillipslaw.com                              Email: wlp@wphillipslaw.com

**Wesley L. Phillips**
**Attorney**

January 25, 2013

VIA EMAIL & FACSIMILE - 205-252-0320
David Wilson, Esq.
WILSON & BERRYHILL, P.C.
One Metroplex Drive, Suite 250
Birmingham, Alabama 35209

Re:    *Charles Hunt v. 21st Mortgage Corporation*; N.D. Ala.; 12-CV-2697-WMA

Dear David:

The Plaintiff served his initial discovery requests on Defendant 21st Mortgage on December 18, 2012.  It has now been more than thirty (30) days since the discovery requests were served on Defendant 21st Mortgage and they are past due.  Please provide the discovery responses within the next ten (10) days so I can avoid the necessity of filing a Motion to Compel with Judge Acker.

In addition, please provide me with some deposition dates for the 30(b)(6) depositions of 21st Mortgage sometime in late February.  I appreciate your prompt response and look forward to hearing from you.

Also, please make NOTE of my new mailing address at the top of this letterhead.

Yours truly,

*Wesley L. Phillips*

Wesley L. Phillips