<span style="color:red">Exhibit D</span>

# PHILLIPS LAW GROUP, LLC

P.O. Box 362001					Voice: 205.383.3585
Birmingham, Alabama 35236			Facsimile: 800.536.0385
www.wphillipslaw.com				Email: wlp@wphillipslaw.com

---

**Wesley L. Phillips**
**Attorney**

May 23, 2013

<u>VIA EMAIL & FACSIMILE</u> - 205-252-0320
David Wilson, Esq.
James Mitchell, Esq.
WILSON & BERRYHILL, P.C.
One Metroplex Drive, Suite 250
Birmingham, Alabama 35209

    Re:    Discovery in *Charles Hunt v. 21st Mortgage Corporation*; N.D. Ala.; 12-CV-2697-WMA

Dear Gentlemen:

I am in receipt of Defendant 21st Mortgage Corporation's responses to Plaintiff's first discovery requests. With regard to Defendant's responses, there are several issues and concerns.

The following Interrogatories were not properly answered and Defendant needs to fully and completely respond to each of the following:

    No. 7: Defendant merely objected to this Interrogatory but Plaintiff has a right to know what lawsuits, if any, Defendant has been involved with regard to TCPA actions similar to the one filed by Plaintiff.

    No. 8: Same as No. 7 pertaining the FDCPA.

    No. 10: Defendant has not produced a privilege log as it stated it would do in response to this Interrogatory.

    No. 16: Defendant needs to fully and completely respond to this Interrogatory. This lawsuit is derivative of the Amelia Hunt v. 21st Century Mortgage lawsuit and Defendant and counsel were involved in that lawsuit and are fully aware of the account of Amelia Hunt that was the subject of that lawsuit and is also the subject of this lawsuit as Defendant was harassing Plaintiff for payments on that account, which led to the instant lawsuit.

     No. 17: Same as No. 16.

     No. 25: Defendant has failed to completely and fully respond to this Interrogatory and must provide Plaintiff with the information requested as there is no applicable privilege for Defendant's failure to respond.

     No. 26: Same as No. 25.

     No. 27: Defendant needs to clarify its response.  It is unclear whether Defendant is refusing to state a response to the Interrogatory of whether its response is it has not taken any measures or actions to attempt to identify whether a number called by it is a cellular number.

Please provide the full and complete discovery responses to the above within the next ten (10) days so I can avoid the necessity of filing a Motion to Compel with Judge Acker.

In addition, I previously requested deposition dates from you for Defendant in my correspondence of January 25, 2013, yet I have never received any available dates from you.  Please provide me with possible deposition dates in late June and early July since our discovery cutoff is July 19th. I will also need to depose Jim Collins, Amanda Wolfe, and Walden Buttram after the corporate representative. I appreciate your prompt response and look forward to hearing from you.

Yours truly,

*Wesley L. Phillips*

Wesley L. Phillips