# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES HUNT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:12-CV-2697-WMA |
| ) | |
| v. ) | |
| ) | |
| **21st MORTGAGE CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF RULE 34 INSPECTION

**TO:**   **21st Mortgage Corporation**
   **c/o David Wilson, Esq.**
   **James Mitchell, Esq.**
   **WILSON & BERRYHILL, P.C.**
   **One Metroplex Drive, Suite 250**
   **Birmingham, Alabama 35209**

PLEASE TAKE NOTICE that Plaintiff Charles Hunt, by and through his counsel of record, in accordance with Rule 34 Federal Rules of Civil Procedure will take make inspection of the facilities and equipment of **21st MORTGAGE COPRORATION** on the **18th day of July, 2013** as follows:

   1.   The facilities wherein 21st Mortgage Corporation performs collections operations;

   2.   Inspection of all telephones and telephone systems used in the collection of accounts by Defendant 21st Mortgage Corporation;

   3.   Inspection of any computer systems and/or software used in Defendant's collection operations;

   4.   Inspection of any equipment mentioned in or referred to by Defendant in its

responses to Plaintiff's discovery or otherwise.

                                                                                                                s/Wesley L. Phillips  
                                                                                                                Wesley L. Phillips  
                                                                                                                Attorney for Plaintiff

OF COUNSEL:  
PHILLIPS LAW GROUP, LLC  
Post Office Box 362001  
Hoover, Alabama 35236  
Telephone: (205) 383-3585  
Facsimile:  (800) 536-0385  
Email: wlp@wphillipslaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing document has been served on all parties/attorney(s) of record via either U.S. Mail, postage prepaid, electronic mail, facsimile, and/or electronic mail through the ECM/CF system this  3rd  day of   July  , 2013.

David M. Wilson  
James E. Mitchell, Jr.  
WILSON & BERRYHILL  
One Metroplex Drive, Suite 250  
Montgomery, Alabama 35209

                                                                                                          s/Wesley L. Phillips  
                                                                                                          OF COUNSEL