IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:12-cv-2697-WMA |
| | ) |
| 21ST MORTGAGE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO RECONSIDER AND/OR FOR CLARIFICATION**

COMES NOW the Defendant, 21st Mortgage Corporation ("21st Mortgage" or "Defendant"), and hereby respectfully requests that this Honorable Court clarify its August 16, 2013 Memorandum Opinion and Order regarding Defendant's ability to dispose of "any equipment now in its possession without the express permission of the court" and as grounds therefor shows unto the Court the following:

1. On August 16, 2013, this Honorable Court entered an Order that, in part, stated "21st Mtg. shall not dispose of any equipment now in its possession without the express permission of the court."

2. Defendant owns a substantial amount of "equipment" that is not involved in any way with this matter.

3. The equipment in question in this matter is the Nortel Meridian Telephone System which consists of handsets and a mainframe server. According to Defendant's Network Administrator Jim Collins, Defendant has approximately

1

300 of the 500 telephone handsets in storage. The mainframe server remains in the closet at 21st Mortgage Corporation.

4. Defendant requests that this Honorable Court limit the requirements of ¶ 3 of its Memorandum Opinion and Order to only require Defendant to obtain the express permission of this Honorable Court should it desire to dispose of the remainder of the Nortel Meridian Telephone System which consists of handsets and a mainframe server only.

Respectfully submitted,

/s/ James E. Mitchell, Jr.
DAVID M. WILSON  (ASB-1797-N71D)
JAMES E. MITCHELL, JR. (ASB-9127-E62M)
Attorneys for the Defendant
21st Mortgage Corporation

**OF COUNSEL:**
WILSON & BERRYHILL P.C.
One Metroplex Drive
Suite 250
Birmingham, Alabama  35209
Telephone (205) 252-4441
Facsimile (205) 252-0320
david@wilsonberryhill.com
jimmy@wilsonberryhill.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of the Court through the CM/ECF Electronic Filing System, which will generate and serve a Notice of Electronic Filing of the foregoing on the following on this the 19th day of August, 2013:

Wesley Phillips, Esquire
Phillips Law Group, LLC
P.O. Box 362001
Birmingham, Alabama  35236
wlp@wphillipslaw.com
wphillipslaw@gmail.com

                                           /s/ James E. Mitchell, Jr.
                                           Of Counsel: