Exhibit A

FILED

2013 Sep-06  PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


CHARLES HUNT,                    )
                                 )
            Plaintiff,           )
                                 )
vs.                              ) No. 2:12-CV-2697-WMA
                                 )
21ST MORTGAGE CORPORATION,       )
                                 )
            Defendant.           )


APPEARANCES:


            Wesley L. Phillips
            Attorney for the Plaintiff


            James E. Mitchell, Jr.
            Jeff Warkins
            Attorneys for the Defendant


            DEPOSITION OF JIM COLLINS

            August 7, 2013


_____


            Watts-Boyd Reporting Agency
              in Association with
            Kathy E. Holt, CCR, LCR
                P.O. Box 30205
            Knoxville, TN 37930-0205
              Phone (865) 288-3962
              Fax   (865) 288-3963
              Cell  (865) 604-3681
               www.wattsboyd.com

1                          INDEX TO TRANSCRIPT

2
    WITNESS                                              PAGE
3

4                          JIM COLLINS

5
        Examination by Mr. Phillips                    3
6       Examination by Mr. Mitchell                   33
        Examination by Mr. Phillips                   34
7       Examination by Mr. Mitchell                   35

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                        STIPULATION

3          The pretrial deposition of JIM COLLINS, witness

4    for the Plaintiff, taken upon notice, for any and all

5    purposes allowable under the Federal Rules of Civil

6    Procedure, before Kathy E. Holt, LCR No. 327, Certified

7    Court Reporter and Notary Public at Large, on the 7th

8    day of August, 2013, at the law office of Pratt Aycock,

9    705 Gate Lane, Suite 202, Knoxville, Tennessee.

10   (Mr. Warkins not present)

11                        JIM COLLINS,

12          having been first duly sworn, was examined and

13          deposed as follows:

14                        EXAMINATION

15   BY MR. PHILLIPS:

16          Q       Please state your name for the record.

17          A       Jim Collins.

18          Q       Mr. Collins, have you given deposition

19   testimony before?

20          A       No.

21          Q       Is this your first deposition?

22          A       Yes.

23          Q       Okay.  Let me just give you a quick

24   what we call the ground rules.  Pretty simple.  I'm

25   going to ask you questions; you answer my questions I

1    ask.  If you don't understand what I'm asking, just tell

2    me and I'll rephrase it for you.  Just be sure to answer

3    out "yes" or "no."  The court reporter can't take down

4    head nods, or "uh-huh" and "uh-uh" so be sure if we do,

5    we'll be fine.

6            A       Sure.

7            Q       What is your position at 21st

8    Mortgage?

9            A       Network administrator.

10           Q       And what does network administrator

11   job duties entail?

12           A       Server administration, network

13   administration, phone communication.

14           Q       Okay.  So you work on the phone

15   systems?

16           A       Yes, sir.

17           Q       Okay.  How long have you been network

18   administrator for 21st Mortgage?

19           A       Four years.

20           Q       Has that been your only capacity at

21   21st Mortgage is network administration?

22           A       No, sir.

23           Q       What were you doing before that?

24           A       IS tech.

25           Q       And what is an IS tech?

1          A          Basically build PCs.  It's -- it's the
2    startup position for the IS department.
3          Q          Okay.  And that was also with 21st
4    Mortgage?
5          A          Yes, sir.
6          Q          How long were you in that position?
7          A          Four.
8          Q          Four years?
9          A          Yes, sir.
10         Q          Okay.  Was that the first position you
11   held with 21st Mortgage?
12         A          Yes.
13         Q          Okay.  So you've been there a total of
14   about eight years?
15         A          Yes, sir.
16         Q          Since about 2005?
17         A          2004.
18         Q          Okay.  And in your position as network
19   administrator, are you the top official in IT?
20         A          No, sir.
21         Q          Okay.  Who do you answer to?
22         A          Scott O'Neal.
23         Q          And what is Scott O'Neal's title?
24         A          Network manager.
25         Q          Okay.  And is he head of all IT?

1         A         No.

2         Q         Who is head of all IT?

3         A         Gary Keith.

4         Q         What is his title?

5         A         IS director.

6         Q         Okay.  And is that Scott O'Neal's

7    boss?

8         A         Correct.

9         Q         Okay.  So it goes Gary, Keith, Scott

10   O'Neal, and then you?

11        A         Correct.

12        Q         Okay.  As network administrator, do

13   you handle the day-to-day operations of the IT systems

14   for 21st Mortgage?

15        A         Yes, sir.

16        Q         Okay.  Just give me a brief rundown of

17   your educational background.

18        A         I have an associate's degree in

19   computer electronic engineering technology, various

20   certifications all related to technology.

21        Q         Where did you obtain your associate's

22   degree?

23        A         ITT.

24        Q         In what year?

25        A         2004.

1          Q        Okay.  Did you say about two

2    certifications?

3          A        Yes, sir.

4          Q        Do you have any other type of

5    certification besides IT?

6          A        No, sir.

7          Q        Okay.  Just quickly give me a rundown

8    of your IT certifications.

9          A        Cisco certifications, Network Plus,

10   Security Plus, MCITP.  I'm sure there's a few more in

11   there that I can't remember.

12         Q        What was the last one you gave me an

13   acronym of?

14         A        It's Microsoft Certified Information

15   Technical Professional.

16         Q        And what -- what does that mean?

17         A        Just certified to administrate servers

18   and networks.

19         Q        Okay.  And before that you said

20   network phones?

21         A        Network Plus.

22         Q        Network Plus.  Okay.

23         A        Uh-huh.

24         Q        And what is Network Plus?

25         A        It's a certification that I'm

1    competent with network infrastructure.

2           Q      Okay.  Do you have any certifications

3    particularly related to the operation of the telephone

4    system?

5           A      No, I do not.

6           Q      What -- what is your involvement with

7    21st Mortgage and the telephone systems that have been

8    used there since your -- since you came on board in

9    2004?

10          A      Strictly administration.

11          Q      Okay.  And explain that for me,

12   please.

13          A      Ads, moves, changes, group

14   configurations, voice-mail setups, routing protocols.

15          Q      What are routing protocols?

16          A      As far as how to call flow, call

17   structure.

18          Q      Is that involving -- are you saying

19   like involving a switchboard-type operation?

20          A      Yes, sir.

21          Q      Okay.  Like a PBX system?

22          A      Yes, sir.

23          Q      Okay.  What do you do with that?

24          A      I'm sorry?

25          Q      What did you -- what did -- are you

1    programming that?

2              A        Just programming, uh-huh.

3              Q        Okay.  What type of PBX system

4    does 21st Mortgage use?

5              A        Currently?

6              Q        Uh-huh.

7              A        ShoreTel system.

8              Q        ShoreTel.

9                       Tell me, what ShoreTel system is this?

10             A        ShoreTel, it's the Enterprise edition.

11             Q        Do you have any idea -- is there any

12   kind of, like, model or anything besides Enterprise

13   edition?  Is it called Enterprise edition?

14             A        It's basic -- no.  I mean, it's

15   just -- it's just that.  I mean, it's switches and

16   servers.  I mean, there's no real extra flavor to it.

17             Q        Okay.  And what type of system is this

18   new system?

19             A        It's a VoIP system.

20             Q        And explain a VoIP system to me.

21             A        Voice over IP.  It's basically data

22   packets are sent over the network instead of a circuit

23   system.

24             Q        Okay.  And how does that affect the

25   uses of phone -- the use of phones at 21st Mortgage?

1            A       It doesn't really make any change,

2    per se.  It's just either it goes in one direction or it

3    goes in another.

4            Q       Do you use software for the VoIP

5    interface?

6            A       Correct.

7            Q       Is that software connected to the

8    phone system?

9            A       Correct.

10           Q       And that software interfaces with the

11   phone system itself?

12           A       Correct.

13           Q       Okay.  What all capabilities does that

14   software have?

15           A       Going back to, let's see, call

16   distribution, call management, routing, voice-mail,

17   music on hold, that's -- agent distribution.  That's

18   about it.

19           Q       Okay.  You said "call distribution."

20   Explain what you mean by that.

21           A       Call distribution.  When a call --

22   inbound call is received by an agent, if the agent is

23   not available, it routes up to a team, then to the

24   department and stops there.

25           Q       Does it have any function with

1    outbound calls?

2              A       The dialing as far as -- it's all

3    manual dialing.  There's no automatic dialing.

4              Q       Is the system capable of doing

5    automatic dialing?

6              A       No, sir.

7              Q       Not at all?

8              A       Not in its current state.

9              Q       What would have to be done to make it

10   capable of automatic dialing?

11             A       Purchasing of new software.

12             Q       Is the Enterprise edition, is that

13   actually the software itself or is that -- is that

14   the -- is that the phone?

15             A       No, no.  The phone is just a dummy.

16             Q       Okay.  Is it like this type of phone?

17             A       It's very similar.

18             Q       Okay.  So the ShoreTel, the Enterprise

19   edition, is's actually the system.  Right?

20             A       Correct.

21             Q       Okay.  Now, when you say purchasing of

22   new software, what do you mean?  Do you mean a whole

23   brand new complete different edition or do you mean like

24   an add-on to the software?

25             A       Like it would be an add-on.

```
 1            Q        Okay.  So you could add on software to

 2    this on soft -- to this ShoreTel system that would allow

 3    it to do automatic dialing?

 4            A        Potentially, correct.

 5            Q        Okay.  What about predictive dialing?

 6            A        I don't know.

 7            Q        Do you understand -- do you know what

 8    predictive dialing is?

 9            A        Yes, sir.

10            Q        How do you define "predictive

11    dialing"?

12            A        Predictive dialing, a script that

13    dials out numbers based on area code or -- I'm sorry.

14            Q        That's fine.

15            A        Yeah.  You know, based on area code or

16    a script.

17            Q        Okay.  And you say -- what do you mean

18    when you say "a script"?

19            A        Some type of maybe like from a data

20    base or something of that nature.

21            Q        Okay.  How would you define "automatic

22    dialing"?

23            A        Where the user, the person themselves

24    do not have any interaction or choice of the outbound

25    call.
```

1      Q      Okay.  Now, you're saying the user or

2  the person.  Whom are you speaking of there?

3      A      The agent team member.

4      Q      Okay.  So you're saying it's

5  preprogrammed what's going to be called and they just

6  pick up when it's -- when a number's reached?

7      A      If the software was present

8  potentially, yes.

9      Q      Yeah.

10             Do you have -- you said -- so that

11  would just be -- that would be an add-on to software you

12  already have?

13     A      It would be an add-on, correct.

14     Q      Okay.

15     A      That we do not have.

16     Q      Right.

17             It's not currently installed on your

18  software?

19     A      No, sir.

20     Q      Okay.  Has it been discussed about

21  purchasing that software?

22     A      No, sir.

23     Q      Okay.  Tell me about the routing

24  function.

25     A      As far as how calls -- call load is

1   concerned?

2          Q       Yeah.  You were talking about a minute

3   ago the capabilities and you said it had a routing

4   capability.

5          A       The routing capability is basically

6   set up as any inbound call goes to an agent first.  If

7   that agent is not available, then it routes up to that

8   person's team and then it routes up to that person's

9   portfolio and then it routes up to that person's

10  department, and at that point it sits into a queue until

11  a live person answers the phone.

12         Q       Now, you said it routes to the

13  person's team.  Are you talking about the team within --

14         A       Uh-huh.

15         Q       -- their team?

16         A       Correct.

17         Q       And then the portfolio would be

18  that -- all those teams combined.  Right?

19         A       Correct.

20         Q       And then sits in a queue?

21         A       Correct.

22         Q       Okay.  Until somebody answers?

23         A       Correct.

24         Q       And then at that point it can be

25  answered by a team leader, portfolio manager, anyone,

```
 1   correct, when it's in the queue?

 2            A       Anybody that's in that -- in that --

 3            Q       In that, right, section.

 4            A       -- structure.

 5            Q       Got you.

 6                    And does that only deal with inbound

 7   calls?

 8            A       Correct.

 9            Q       It has nothing to do with outbound?

10            A       No, sir.

11            Q       Okay.  Tell me about call management.

12            A       How so?

13            Q       That was another one of the properties

14   you described earlier about the software, it had call

15   management capabilities.

16            A       That basically --

17            Q       The same thing --

18            A       -- was the same thing.

19            Q       -- as routing?

20            A       Yes, sir.

21            Q       Okay.  And -- okay.  You said had

22   voice-mail capability.  That's just your standard

23   voice-mail system?

24            A       Standard voice-mail, uh-huh.

25            Q       Okay.  And you said agent on hold
```

1   capability.  What does that mean?

2           A       Agent on hold.

3           Q       Yeah.

4           A       I don't believe I said agent on hold.

5                   MR. MITCHELL:  He said music on hold.

6                   THE WITNESS:  Music on hold.

7   BY MR. PHILLIPS:

8           Q       Oh, music on hold.  Maybe I

9   misunderstood you.  I apologize.

10                  Does this system have the capability

11  to record telephone calls?

12          A       Yes, sir.

13          Q       Is that being utilized?

14          A       No, sir.

15          Q       Does that require anything more than

16  what you have now to do that?

17          A       It is capable in the system that we

18  have today.

19          Q       Okay.

20                  MR. MITCHELL:  We're talking about the

21              ShoreTel system?

22                  MR. PHILLIPS:  Yes.  Correct.

23                  MR. MITCHELL:  Okay.

24  BY MR. PHILLIPS:

25          Q       Mr. Collins, what did you do in

1   preparation for your deposition today?

2          A      Nothing really.

3          Q      You were just told to show up?

4          A      Yeah.  You know, bring the phone and

5   show up.

6          Q      Did you review any type of

7   documentation at all?

8          A      I have no documentation.

9          Q      Okay.  Have you reviewed anything to

10  do with this case?

11         A      I have no idea who this -- what this

12  case is about.

13         Q      Okay.  What training have you had, if

14  any at all, with 21st Mortgage since you've been

15  employed there?

16         A      All IT related, that's -- to fulfill

17  the status of my job.

18         Q      Okay.  When was the -- when was the

19  ShoreTel phone system installed in 21st Mortgage?

20         A      The hardware was installed in the

21  middle of July and it was not put live until August 11th

22  of 2012.

23         Q      So the hardware was installed in

24  middle of July of 2012.  Correct?

25         A      Correct.

1        Q        And you said it was not put live.

2   What do you mean by that?

3        A        We did not do a one-for-one

4   switch-over until August 11th.

5        Q        What is a one-for-one switch-over?

6        A        One system goes down, one system comes

7   up.

8        Q        Okay.  And what was going on in

9   between -- from the middle of July 2012 until August

10  11th, 2012, for the system?

11       A        For the reason why it didn't go up?

12       Q        Yeah.  I mean, what was happening?

13  You said it was -- the hardware was installed.  What was

14  going on with the other one.

15       A        We had carrier-related issues.  They

16  didn't install the correct interface from internal to

17  external.

18       Q        Who is your carrier?

19       A        Windstream.

20       Q        W-i-n-s-t-r-e-a-m (sic)?

21       A        Yes, sir.

22       Q        Okay.  So none of your collectors

23  could use that system until August 11th, 2012?

24       A        Correct.

25       Q        Okay.  During the process from July

1    2012 to August 11th of 2012, did -- were all the

2    units -- they took new units for the new system.  Right?

3              A       Correct.

4              Q       Were all the units discarded at once

5    or was it one at a time or was it in phases or what?

6              A       As far as the Nortel system coming off

7    the floor?

8              Q       Yes.

9              A       It took a couple -- sort of a week to

10   take them off the floor, but they were inactive at the

11   time, during that week period.

12             Q       Okay.

13             A       You could not make an outbound call

14   off those.

15             Q       Okay.  So that was -- that week

16   period, that was the middle to late July of 2012?

17             A       So from whatever the weekend of August

18   11th to --

19             Q       Oh, okay.  Okay.  So that week started

20   on August 11th --

21             A       Uh-huh.

22             Q       -- and went to, like, August 18th?

23             A       Correct.

24             Q       Okay.  During the process of the

25   changeover, did anyone ever tell you not to discard the

1   other phone system because it was involved in

2   litigation?

3            A        Was never told anything about it.

4            Q        Okay.  So you never had any

5   information about that phone system being subject to

6   litigation?

7            A        Not until I was told to appear here.

8            Q        Okay.  And you were network

9   administrator during that time period as well?

10           A        Yes, sir.

11           Q        Were you -- would you have been the

12  point of contact to be told to hold onto that phone

13  system?

14           A        Yes, sir.

15           Q        So your first knowledge that that

16  phone system was involved in litigation occurred this

17  week?

18           A        Yes, sir.

19           Q        Okay.  Do you know anything about the

20  AS400 system?

21           A        Very little.

22           Q        What's your knowledge of it?

23           A        I can enable a password.

24           Q        Do you know how it interacts with the

25  telephone system?

1          A        No, sir.

2          Q        Okay.  The old phone system, the

3  Nortel Meridian system -- which I'm assuming you're

4  saying this is representative of that system right here?

5          A        Yes, sir.

6          Q        About approximately how many units did

7  you have?

8          A        Roughly 500.

9          Q        What happened to those 500 units?

10         A        They are currently sitting up in

11  storage in the penthouse until sale.

12         Q        Okay.  So you still have possession of

13  them?

14         A        Minus 200.

15         Q        Okay.

16         A        We were able to sell off 200 of them.

17         Q        Okay.  So you have 300 units still

18  sitting in storage?

19         A        Yes, sir.

20         Q        Okay.  Is that at your headquarters

21  at -- on Market Street?

22         A        Yes, sir.

23         Q        Are they in substantially the same

24  condition as when you took them out?

25         A        Yeah.

1          Q          And were you the one who oversaw the

2     removal and then placed in the storage unit?

3          A          Yes, sir.

4          Q          Okay.  Are you aware of any software

5     that can be used with this Nortel Meridian phone system

6     to allow it to do automatic dialing?

7          A          Yes.

8          Q          What -- tell me what your awareness of

9     that is.

10         A          I know there's software available.  I

11    do not know what the name or so on that would be

12    required for it.

13         Q          Through your position as network

14    administrator, how did -- how did you learn about the

15    software available for this phone to do automatic

16    dialing?

17         A          Web searching.  It wasn't discussed.

18         Q          Is this --

19         A          It's -- it's just basically, how can

20    you put it, common knowledge if you're in the field.

21         Q          Uh-huh.  What type of software did

22    your web search turn up?

23         A          I couldn't tell you at this time.

24         Q          When did you conduct that web search?

25         A          Four or five years ago.

1          Q        Why did you conduct that search at

2    that time?

3          A        Personal curiosity.

4          Q        Anybody at 21st Mortgage instruct you

5    to do anything like that?

6          A        No, sir.

7          Q        So what made you curious as to why --

8    as to whether this phone system could use automatic

9    dialers?

10         A        Personal curiosity.

11         Q        Okay.

12         A        Yeah.

13         Q        Okay.  I'm just -- so you just decided

14   one day I think I'll find out if our phone system can

15   use automatic dialing software?

16         A        Well, no.  I mean, you know, you're in

17   a class -- an IT class with training on how to use the

18   system and they're discussing it.  So it was like, okay,

19   might as well take a look and see what it's worth, but

20   it was never discussed in the company.

21         Q        You never discussed it with anybody in

22   the company?

23         A        No, sir.

24         Q        Okay.  What IT class -- was it a

25   particular IT class that you were at?

1          A          Global Knowledge in Dallas, Texas, and

2     the Newark, New Jersey -- no, Morristown, New Jersey.

3     Excuse me.

4          Q          And what -- what was the specifics of

5     these two IT classes you're talking about?

6          A          Administration training on the Nortel

7     system.

8          Q          So it was actually training for this

9     particular phone system?

10          A          Uh-huh.

11          Q          Okay.

12          A          Excuse me.  "Yes."

13          Q          Thank you.

14                     So in that training what was discussed

15     about software for this system that would allow it to

16     automatically dial a phone number?

17          A          Honestly, I don't remember.  It's been

18     six years.

19          Q          Okay.

20          A          A brief discussion.

21          Q          Okay.

22          A          Basically an instructor explained the

23     capabilities of what it could potentially do.

24          Q          Okay.  So the instructor was

25     explaining that this phone was capable of doing

```
 1   automatic dialing with the correct software by Nortel or

 2   whomever?

 3            A       Or a third party.

 4            Q       Or a third party.  Okay.

 5                    Do you remember the name of that

 6   instructor by chance?

 7            A       Sorry, I do not.

 8            Q       Okay.  It was called -- now, Global

 9   Knowledge -- what is Global Knowledge?

10            A       It's an IT instruction school.

11            Q       Are they located in one of these

12   Dallas, Texas; Newark, New Jersey, or is that just where

13   you went to classes?

14            A       That's -- they were -- well, I mean,

15   they're -- back then they were a United States company

16   with offices throughout.

17            Q       Do you know if they're still in

18   existence?

19            A       I couldn't tell you.

20            Q       Okay.  How often did you go to these

21   Global Knowledge seminars?

22            A       Two weeks in Dallas; one week in New

23   Jersey.

24            Q       And approximately -- was that the same

25   year or different years that you went to those two?
```

1           A           2006.  All in 2006.

2           Q           Okay.

3           A           Back to back.

4           Q           So you went to the two seminars back

5    to back in 2006?

6           A           Two weeks in Dallas --

7           Q           Uh-huh.

8           A           -- and then flew immediately to New

9    Jersey.

10          Q           Okay.

11          A           So it was three weeks total.

12          Q           Wow.  So it was a three-week seminar

13   altogether?

14          A           Correct.

15          Q           And what -- what all did you learn

16   about the phone system in that seminar?

17          A           Administration troubleshooting and --

18   administration troubleshooting.

19          Q           Okay.  Give me -- I mean, in three

20   weeks -- that's a pretty short answer for three weeks.

21          A           Well, you know, how to do ads, moves

22   and changes, how to do routing, how to do basic

23   administration of the phone system, replacement of

24   hardware for faulty equipment, programming voice-mail,

25   programming music on hold, programming routing

1   structures, just the gamut of what you would need to --

2   for the basic skills of managing that system.

3          Q      Okay.  Was -- other than -- was any of

4   that software based on what we've already talked about?

5          A      All Nortel software based.

6          Q      All Nortel software based?

7          A      Correct.

8          Q      Okay.  Did you use any Nortel software

9   on the phone system you had installed up through August

10  of 2012?

11         A      Up until the point that we cut -- we

12  killed it.

13         Q      What kind of software did you use on

14  the phone system then up to that point?

15         A      No, no, no.  I'm sorry.  It was only

16  Nortel.

17         Q      Right.

18                I'm saying did you use any Nortel

19  software with the system or any software with the system

20  to that point?

21         A      Whatever -- I don't -- what was it

22  called?  OTM 5.O.  I can't remember what the acronym

23  stands for.  It's telephony manager.

24         Q      Okay.  And just generally speaking

25  what does that do -- does that software do?

1          A          It just allows you to facilitate

2    program changes.

3          Q          And when you say "program changes,"

4    can you elaborate for me some?

5          A          Program changes as far as, you know,

6    again, ads, moves, changes, group structures, so on and

7    so forth.

8          Q          Okay.  Now -- and that software -- how

9    is that software -- is that within a chip in the system

10   itself or how is that software installed and

11   controlled -- the system controlled by it?

12         A          Similar to a server --

13         Q          Uh-huh.

14         A          -- on a hard drive with its own, you

15   know, CPU ram, memory, so on and so forth.

16         Q          So these phones were hooked up to a

17   centralized server?

18         A          Main frame.

19         Q          Main frame.  Okay.

20                    And so this main frame, that's where

21   you could program all its capabilities for the phone.

22   Correct?

23         A          Correct.

24         Q          Okay.  And that would have included an

25   automatic dialer, too?

1          A        It did not have an automatic dialer.

2          Q        Right.

3                   But I'm saying that would have

4    included an automatic dialer software as well?

5                   MR. MITCHELL:  Objection to the form.

6    BY MR. PHILLIPS:

7          Q        You can answer.

8          A        I'm sorry.  What -- can you repeat

9    that?

10         Q        Yes.  I'm saying from that main

11   frame --

12         A        Right.

13         Q        -- if you had purchased the software

14   to -- for that phone to use the capability it had to do

15   automatic dialing, you would have plugged into that main

16   frame.  Correct?

17         A        It would have to be installed in the

18   main frame.

19         Q        Okay.  And then that would have given

20   all the phones the capability to do automatic dialing?

21         A        If it was installed.

22         Q        Okay.  Got you.

23                  Where was that main frame located?

24         A        At headquarters.

25         Q        Do you still have that main frame?

1          A       Correct.

2          Q       Where is it located now?

3          A       At headquarters on the floor in its

4   phone closet.

5          Q       Is it still in use?

6          A       It's powered off and has been since

7   August 11th.

8          Q       Okay.  You can get to that main frame?

9          A       Yes, sir.

10         Q       Okay.  How long -- what was the

11  service dates of that main frame?  What were service

12  dates of that main frame?

13         A       I don't know when the beginning of it

14  was because I came in after the fact --

15         Q       Okay.

16         A       -- but it was -- the service date was

17  up to August 11th.

18                 (Mr. Warkins entered room)

19         Q       So it was at least 2005 to 2012?

20         A       At least before 2004.

21         Q       Before 2004?

22         A       Uh-huh.

23         Q       Okay.  Has it got any type of

24  identifying -- has it got a serial number or anything

25  like that on it?

1          A          Yes, sir.

2          Q          I'm assuming you don't know it

3     offhand.  Can you tell me -- tell me this.  Do you know

4     what the brand, make, and model of it is?

5          A          It's a CS1000.

6          Q          CS1000?

7          A          Yes, sir.

8          Q          Does the CS stand for Cisco or --

9          A          No.

10         Q          Who makes it?

11         A          It's Nortel.

12         Q          Made by Nortel.

13         A          Uh-huh.  The CS stands for Centralized

14    System, I believe.

15         Q          Uh-huh.

16         A          I could be wrong.  Again, I haven't

17    used it in over a year.

18         Q          Okay.  Is it -- is it the only one you

19    have or is it one of several?

20         A          As far as the main frame itself is

21    concerned?

22         Q          That's correct.

23         A          You have the main frame and then

24    because we were in two buildings, there's a remote

25    shelf --

1           Q       Okay.

2           A       -- with very limited capabilities.

3    It's just a call-back or just an extension.

4           Q       Okay.  So explain to me how that

5    system worked with the main frame.  Just give me an

6    overview.  A call comes in.

7           A       Okay.

8           Q       It's routed to main frame?

9           A       A call comes in.  The call is

10   processed in the main frame.  An individual customer or

11   any individual could dial an extension or dial by name

12   or at that point the call would be routed to whichever

13   direction we needed to go.  If it hit the agent, it

14   would follow the same structure as before.  It would hit

15   the agent.  If the agent doesn't answer, then it would

16   go to his team.  If the team didn't answer, it would go

17   to his portfolio.  If the portfolio didn't answer, it

18   then went to the department.

19          Q       Okay.  So that main frame was the

20   brains of the whole phone system.  Correct?

21          A       Correct.

22          Q       And these -- this model here is

23   nothing more than a dummy.  Right?

24          A       Exactly.

25          Q       Okay.  And you say that it's currently

1    sitting on the second floor in your headquarters --

2            A       Correct.

3            Q       -- on Market Street?

4            A       Correct.

5            Q       And you could put your hands on it

6    anytime you wanted to.  Right?

7            A       Correct.

8            Q       Did anybody ever tell you not to

9    destroy that main frame?

10           A       No.  Wait.  To not destroy it?

11           Q       Yes.

12           A       It's never been discussed to have it

13   dismantled in any form without a sale.

14           Q       Okay.  Is it -- has it been sitting

15   there for sale all this time?

16           A       Correct.

17           Q       But nobody ever told you, Put that

18   aside, do not let anything happen to it?

19           A       No, sir.

20                   MR. PHILLIPS:  Okay.  I think I'm

21           good, Jimmy.

22                   MR. MITCHELL:  All right.  I just have

23           a couple of follow-ups.

24                           EXAMINATION

25   BY MR. MITCHELL:

1          Q        This Meridian system --

2          A        Uh-huh.

3          Q        -- when it was installed, the whole

4    time it was installed at 21st did it ever have auto

5    dialing capability?

6          A        No, sir.

7          Q        Did it ever have predictive dialing

8    capability?

9          A        No, sir.

10         Q        Did it ever have the capability of

11   using prerecorded calls?

12         A        No, sir.

13         Q        How about the capability of an

14   artificial or prerecorded voice?

15         A        No, sir.

16                  MR. MITCHELL:  Okay.  Thanks.

17                  MR. PHILLIPS:  I've got a follow-up to

18         that.

19                       EXAMINATION

20   BY MR. PHILLIPS:

21         Q        You just stated a minute ago that

22   this -- this phone here is a dummy phone.  Right?

23         A        Correct.

24         Q        So it doesn't have any capabilities,

25   does it?

1          A        As of right -- with no power to it,

2    it's dead.

3          Q        I mean even with -- even if it was

4    powered up, it still has no capabilities.  It's just a

5    dummy phone.  Right?

6          A        Correct.

7          Q        All of the capabilities come from the

8    main frame.  Correct?

9          A        Correct.

10         Q        And that main frame, if you bought the

11   software, it had the capability to become an automatic

12   dialer, did it not?

13         A        If the software was purchased or

14   installed, yes, at that point it could be.

15              MR. PHILLIPS: Thank you.  No further

16              questions.

17                         EXAMINATION

18   BY MR. MITCHELL:

19         Q        You all never purchased that software.

20   Correct?

21         A        No, sir.

22              MR. MITCHELL:  Okay.

23              MR. PHILLIPS:  Thank you so much.

24         Appreciate your time, Jim.

25         FURTHER THIS DEPONENT SAITH NOT.

```
 1
 2                    REPORTER'S CERTIFICATION
 3
 4   STATE OF TENNESSEE
 5   COUNTY OF KNOX
 6
 7           I, KATHY E. HOLT, duly Licensed Court Reporter
 8   No. 327, Certified Court Reporter, and Notary Public at
 9   Large in and for the State of Tennessee, do hereby
10   certify that the above deposition was reported by me in
11   machine shorthand; that the said witness was duly sworn
12   by me; that the foregoing pages were transcribed by me
13   and constitute a true and accurate record to the best of
14   my knowledge, skills, and ability.
15               I further certify that I am not related
16   to nor an employee of counsel or any of the parties to
17   the action, nor am I in any way financially interested
18   in the outcome of this action.
19               In Witness Whereof, I have hereunto set
20   my hand and affixed my notarial seal this _____ day of
21   _____, 2013.
22
23                       _____
                         KATHY E. HOLT, LCR No. 327
                         Expiration Date: 06/30/2014
24                       Notary Public
                         My Commission Expires: 02/02/2014
25
```