FILED

2013 Sep-06  PM 04:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HUNT, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| v. | ) CASE NO.: 2:12-cv-2697-WMA |
| | ) |
| 21ST MORTGAGE CORPORATION, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INITIAL DISCLOSURES

COMES NOW Defendant, 21st Mortgage Corporation pursuant to Fed. R. Civ. P. 26(a)(1), and makes its Initial Disclosures as follows:

A. The following individuals are likely to have discoverable, non-privileged information that the Defendant may use to support its defenses:

1. Plaintiff, Charles Hunt is likely to have discoverable information concerning his claims and alleged damages;

2. Amanda Wolfe, 21st Mortgage Corporation, 620 Market Street, Knoxville, Tennessee 37902; (800) 955-0021, is likely to have discoverable information regarding Defendant's policies, practices, procedures, telephone system, accounts and/or business records.

3. Walden Buttram, 21st Mortgage Corporation, 620 Market Street, Knoxville, Tennessee 37902; (800) 955-0021, is likely to have discoverable information regarding Defendant's practices, policies, procedures, account for loan number 96651 and/or business records.

B. The following is a description of all documents, electronically stored information, and tangible things that the Defendant has in its possession, custody, or control and may use to support its claims or defenses:

1. Phone logs. These documents and/or electronically stored information are located at 21st Mortgage Corporation, 620 Market Street, Knoxville, Tennessee

37902.   These documents and/or electronically stored information will be made available for inspection and copying upon request;

2. Nortel Meridian Modular Telephone user manual, a copy of which is attached hereto and stamped C. HUNT 1 through 26;

3. October 31, 2010, November 30, 2010, January 5, 2011, February 4, 2011, February 17, 2011, May 23, 2011 and July 18, 2011 letters to Charles Hunt from 21st Mortgage Corporation which are attached hereto and stamped C. HUNT 27 through 34.

C. Defendant is not claiming damages.

D. Defendant does not have an insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in this action or to indemnify or reimburse for payments made to satisfy any possible judgment.

/s/ James E. Mitchell, Jr.
DAVID M. WILSON  (ASB-1797-N71D)
JAMES E. MITCHELL, JR. (ASB-9127-E62M)
Attorneys for the Defendant
21st Mortgage Corporation

OF COUNSEL:
WILSON & BERRYHILL P.C.
One Metroplex Drive
Suite 250
Birmingham, Alabama  35209
Telephone (205) 252-4441
Facsimile (205) 252-0320
david@wilsonberryhill.com
jimmy@wilsonberryhill.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all Counsel of Record in this cause by e-mail and by placing a copy of same, properly addressed and postage paid, in the U. S. Mail on this the 21st day of November, 2012.

Wesley Phillips, Esquire
Phillips Law Group, LLC
P.O. Box 130488
Birmingham, Alabama  35213

/s/ James E. Mitchell, Jr.
Of Counsel:

C. HUNT    1

# Meridian Modular Telephones

M2006
M2008/M2008HF
M2616
User Guide

**NORTEL**
NORTHERN TELECOM



C. HUNT    2

# Contents

## Introducing your Meridian 1 telephone    1

Your telephone's controls    2
Your telephone's features    3
Terms you should know    3

## Modular options    5

## The basics of using your telephone    6

Answering calls    6
Making calls    6
Placing a call on hold    6
Transferring calls    6
On-hook dialling    7
Handsfree    7
PreDial    7
Last Number Redial    8
Last Number Redial on an MSL-100 System    8

## Special features    9

Auto Dial    9
Automatic Answerback    9
Buzz    9
Call Pickup (for M-1)    10
Call Pickup Network Wide    10
Auto Dial Transfer    13
Attendant Recall    13
Call Transfer    13
Conference    14
Call Forward    14
Call Forward and Busy Status    14
Call Forward - Internal    15
Electronic Lock    16
Electronic Lock Network Wide (not available on the MSL-100)    17
Remote Call Forward    18
Call Join (not available on the MSL-100)    19
Call Park    20
Call Park - Networkwide    20

# Contents

Call Page  21
Call Page - Network Wide  21
Call Waiting  21
Calling Number  22
Charge/Forced Charge  23
Centrex/Exchange Line Switchhook Flash  24
M1 Display/MSL-100 Inspect  24
Forced Camp-on  25
Group Hunt  25
Group Call  26
Hot Line  27
Intercom  27
Make Busy  27
Malicious Call Trace  27
On Hold on Loudspeaker (M2008HF and M2616 only)  28
Held Call Clearing  28
Privacy Release  29
Radio Paging  29
Ring Again  31
Ring Again On No Answer  31
Set-based Administration Enhancements  31
Speed Call  32
Speed Call on Private Lines  32
System Speed Call  32
Stored Number  33
Timed Reminder Recall  34
Override  34
Enhanced Override  35
Priority Override  35
Voice Call  35

Hospitality features                                              36
    Automatic Wake-Up  36
    Maid Identification  37
    Message Registration  37
    Room Status  38

SPRE Code and FFCs                                            39

Index                                                              41

# Introducing your Meridian 1 telephone

This guide introduces you to your new Meridian 1 telephone set. It provides you with a description of the controls on your telephone, and a description of each feature that is available to you.

Your Meridian 1 Modular telephone gives you easy access to a wide range of business communication features available with your Meridian 1 telephone system.

**Parts of your telephone set**



- Display Module
- LCD Indicators
- Speaker
- Handset
- Release (Rls) Key
- Hold Key
- Message Waiting Light
- Feature Keys
- Microphone
- Volume Bar
- Main Extension Key or Directory Number (DN) Key
- Key Expansion Module

The M2006 has six feature keys; the M2008/M2008HF has eight feature keys; the M2616, shown above, has 16 feature keys and a built-in microphone.

A Display Module Option is available for the M2008/M2008HF and the M2616 models. The M2616 can also accommodate up to two Key Expansion Modules.

The figure above shows the location of each control on your telephone set, and a brief description of each control begins on the next page. Your telephone set may not have some of the optional equipment shown.

●●●●1●●●●
C. HUNT
4

## Introducing your Meridian 1 telephone

### Your telephone's controls

**Volume bar**

Use [◄ ⎯ ⎯⎯ ] to control the volume of the handset, the speaker, and the ringer. Raise the volume by pressing the right side of the bar. Lower it by pressing the left side.

**Microphone**

A microphone is integrated into the M2616 and M2008HF telephones, allowing you to have a telephone conversation without using the handset (known as Handsfree calling).

**RLS**

You can terminate an active call by pressing [RLS], or by hanging up the handset. [RLS] is especially useful for disconnecting handsfree calls.

**LCD indicator**

A steady ▶ appearing in one of the LCD indicators means that this feature or line beside it is active. A flashing ▶ means the line is on hold or the feature is being programmed.

**Hold**

By pressing [HOLD⎯⎯⎯], you can put an active call on hold. Return to the caller by pressing the extension key beside the flashing ▶.

**Handset**

Lift the handset to place or answer a call.

**Feature keys**

You access telephone features and telephone lines with the feature keys. The keys are labeled for your convenience.

**Main extension key or Directory Number (DN) key**

The lower right-hand key is the main extension key, also known as a Directory Number (DN) key. When you pick up the handset, the line associated with this key is ready for you to make a call. You may have more than one DN key assigned to your telephone. (This does not apply to the M2006 since it only supports one line.)

**Message Waiting light**

The Message Waiting light turns on to indicate that a message has been left for you.

----

## Introducing your Meridian 1 telephone

### Program

The [PROGRAM] key gives you access to several parameters through the Display Module Option. You can adjust the volume of the ringer, buzzer, speaker, and handset. You can turn key clicking on or off, adjust the display contrast, choose the display language, set the format of the date and time, and turn the call timer on or off. If you also have a Meridian 1 Communications Adapter, (see "MCA"), you can also set your data parameters.

### Your telephone's features

Your telephone system administrator assigns features to your feature keys and can provide you with information about each feature. Whenever this guide describes a procedure that requires special codes or passwords, ask your telephone system administrator to provide these to you.

One of the codes you will be provided is the Special Prefix (SPRE) code, which you will need in order to use some features. There is also a Flexible Feature Code (FFC) for each feature. To use a feature, you will be instructed to press a feature key, or enter the SPRE code, or enter the FFC. These codes are listed at the back of this guide.

**Note:** Not all features are available in your area, and some require additional equipment.

### Terms you should know

Attendant — the attendant is a telephone operator in your organization.

Directory Number (DN) — a DN is any extension on a telephone.

Flexible Feature Codes (FFCs) — your system may use FFCs to access some of your telephone's features. For your convenience, the SPRE code and FFCs for your system are printed on a page located at the back of this guide.

Interrupted dial tone— a broken, or pulsed dial tone that you will hear when accessing some of your telephone's features.

Meridian 1 — the Meridian 1 is your office communications system.

Private Line — a Private Line may be assigned to your telephone. With this line, you may reach any outside number without dialing the digit(s) which you normally use to get an outside line. Internal extensions cannot be dialed from a private line.

Paging tone—tone heard when using the Radio Paging feature. You hear two beeps followed by dial tone.

Ringback/ring tone— ringback/ring tone is the sound you hear when a call you've made is ringing at its destination.

## Introducing your Meridian 1 telephone

**Shared Directory Numbers** — a DN (extension) that is shared by two or more persons.

**Special dial tone** — three consecutive tones followed by dial tone that you will hear when accessing some of your telephone's features.

**Special Prefix Code (SPRE)** — the Special Prefix Code is a number you'll need to enter to activate many of the features on your telephone. For example, when you read "Enter the SPRE code plus ⊞ 7 ⊟," first enter the SPRE code, then press ⊞ 7 ⊟. For your convenience, the SPRE code and FFCs for your system are printed on a page located at the back of this guide.

**Note:** MSL-100 codes can be different from customer to customer. Check with your communications group for feature code prefixes.

**Switchhook** — the switchhook is the button which the handset presses down, disconnecting your call when you replace the handset.

• • • • • 4 • • • • •

## Modular options

**Meridian 1 Display Module**

The Meridian 1 Display Module shows you the status of features, and displays the name of the calling party from within your system. It also displays instructions for using features. You can adjust the angle and contrast of this two-line display. It can be used with the M2006/M2008HF and M2616 models.

**Key Expansion Module**

The Key Expansion Module provides 22 additional feature keys for the M2616 model. You can add up to two Key Expansion modules, for a total of 60 feature keys.

**External Alerter Interface**

The External Alerter Interface lets you connect a remote ringer to your telephone. It can be used with the M2006, M2008/M2008HF, and M2616 models. The remote ringer is provided by your supplier.

**Meridian Communications Adapter (MCA)**

The MCA lets you connect your telephone to a personal computer or terminal. You can then use your telephone to exchange data between your computer and other computers. The MCA can be used with the M2006, M2008/M2008HF, and M2616 models. Refer to the MCA User Guide or NTPs for more information.

**Wall mount**

The wall mount lets you hang your telephone on the wall. It can be used with the M2006, M2008/M2008HF, and M2616 models.

• • • • 5 • • • • •

C. HUNT

6

# The basics of using your telephone

## Answering calls

To indicate an incoming call, your telephone rings and a ▶ symbol flashes beside a DN key.

**To answer a call:**
1. Lift the handset, or press [_____] or press the DN key beside the flashing ▶.

## Making calls

**To call using the dial pad:**
1. Lift the handset or press [_____].
2. Wait for dial tone.
3. If no free line is selected automatically, press a DN key.
4. Dial the number.

**Note :** Whenever in this guide you read "Lift the handset," you may alternatively press a free DN key, or press [_____] (if so equipped). Each of these actions will give you dial tone.

## Placing a call on hold

**To place a call on hold:**
1. Press [Hold]. The ▶ flashes beside the line on hold.

**To return to a held call:**
1. Press the DN key beside the flashing ▶.

## Transferring calls

**To transfer a call to another extension:**
1. Press [Transfer]. The other party is on hold and you hear special dial tone.
2. Dial the extension that you want to transfer the call to.
3. Press [Transfer] again, either when you hear ringing, or after you talk privately to the person you are transferring the call to.
4. Press [_____] to transfer the call.

**Note :** When using a feature of your telephone, such as transferring a call, if the person you are calling is not available, press the DN key to speak to the original caller.

# The basics of using your telephone

## On-hook dialing

On-hook dialing allows you to dial a number without lifting the handset.

**To use On-hook dialing:**
1. Press a free DN key to obtain a line.
2. Upon hearing dial tone, dial the desired number.
3. Pick up the handset when you hear ringback/ring tone or when the called party answers or begins talking if using handsfree. If it is busy/engaged, press [_____] to release the line, or [_____] if desired.

## Handsfree

If your telephone is an M2616 model or an M2008HF model, you can use the built-in microphone and speaker instead of the handset. At any time during a call, you can switch to the handset by picking it up. You can also mute your microphone so that the other party cannot hear you speaking.

**To use Handsfree on a call:**
1. Press [_____] or a DN key instead of picking up your handset.
2. Press [_____] to end your call.

**To mute a handsfree call:**
1. Press [_____]. The ▶ flashes.
2. Press [_____] again and return to the two-way conversation.

**To switch from the handset to Handsfree:**
1. Press [_____].
2. Replace the handset.

## PreDial

PreDial allows you to enter and preview a number, making corrections if required, before dialing the number. (This applies to the M2008/M2008HF and the M2616 telephones with the Display Module Option.)

**To use PreDial:**
1. Without lifting the handset or pressing a DN key, enter the number.
2. Preview the number.
3. Use the volume key to backspace if you need to correct the number.
4. Press a free DN key to dial the number.
5. Lift the handset when the called party answers, or if using handsfree, begin talking.

## The basics of using your telephone

### Last Number Redial

Last Number Redial allows you to automatically redial the last number you dialed.

*To use Last Number Redial:*

1. Lift the handset.
2. Press [Last No] or press a free DN key.

### Last Number Redial on an MSL-100 System

1. Lift handset or press free DN key.
2. Press [#] twice.

## Special features

### Auto Dial

Auto Dial lets you dial a specific telephone number by pressing a feature key.

*To store an Auto Dial number:*

1. Without lifting the handset, press [Auto Dial]. The associated ▶ flashes.
2. Dial the number.
3. Press [Auto Dial] again.

*To use Auto Dial:*

1. Press a free DN key or lift the handset.
2. Press [Auto Dial]. The stored number is dialed automatically.

*To display the Auto Dial number:*

1. Press [Display]. On an MSL-100, press [Inspect].
2. Press [Auto Dial]. The number is displayed.
3. If you want to clear the display, press [Display] again. On an MSL-100, press [Inspect].

### Automatic Answerback

When Automatic Answerback is activated, your M2616 telephone automatically answers in Handsfree mode after one ring.

Note:  This feature is not available on the M2008HF.

*To activate Automatic Answerback:*

1. Press [Auto Ans]. The ▶ appears in the LCD display.

Note:  When Automatic Answerback is active, calls are not routed to your voice message service, if provided.

*To deactivate Automatic Answerback:*

1. Press [Auto Ans] again. The ▶ turns off.

### Buzz

Two telephones may be linked, allowing one person to notify another person. The person to whom your telephone is linked hears a "buzz". Use this feature to indicate a call, a visitor, or a request. This feature is not available on the MSL-100.

*To buzz the person whose telephone is linked to yours:*

— Press [Buzz]. The other telephone buzzes as long as you hold down the key.

## Special features

# Call Pickup (for M-1)

Using Call Pickup, you can answer a ringing telephone from any telephone in your Pickup Group or another Pickup Group.

*To answer a ringing call in your own Call Pickup group:*

1. Lift the handset.
2. Press [Call Pickup], or enter the SPRE code plus ⑤, or enter the Pick Up Ringing Number FFC.

*To answer a ringing call in another Call Pickup group:*

1. Lift the handset.
2. Press [Grp Pickup], or enter the SPRE code plus ②④, or enter the Pick Up Group FFC.
3. Dial the pickup group number of the ringing telephone.

*To answer a ringing call at a specific extension in any pickup group:*

1. Lift the handset.
2. Press [DirPickup], or enter the SPRE code plus ⑦⑧, or enter the Pick Up DN FFC.
3. Dial the extension number of the ringing telephone.

# Call Pickup Network Wide

This feature enables the following functionalities to be extended over a network. Feature operation does not change when extended across the network. To operate these features, see the information for the features in this guide.

- Ringing number pickup
- Directed Call Pickup by Group Number
- Directed Call Pickup by DN
- Display Call Pickup

# Ringing Number Pickup

*To answer a call in your Call Pickup group:*

1. Lift the handset.
2. Dial SPRE + 3 or PURN FFC.
- You are connected to the call.

# Directed Call Pickup by Group Number (Group Pickup)

*To answer a call in another Call Pickup group from a telephone:*

1. Lift the handset, or press a Directory Number key.
- The Directory Number key is lit (if pressed)
2. Press the GPU key or dial SPRE + 94 or dial PUGR FFC.
- The GPU key is lit (if pressed)
3. Dial the pickup group number.
- You are connected to the call.

- The GPU key becomes dark.

*To answer a call in another Call Pickup group from a (500/2500) telephone:*

1. Lift the handset.
2. Dial SPRE + 94 or PUGR FFC.
3. Dial the pickup group number.
4. You are connected to the call.

# Directed Call Pickup by Directory Number (DN Pickup)

*To answer a call on a specified DN from a telephone:*

1. Lift the handset, or press a DN key.
- The DN key is lit (if pressed).
2. Press the DPU key or dial SPRE +95 or dial PUDN FFC.
- The DPU key is lit (if pressed).
3. Dial the extension number.
4. You are connected to the call.
- The DPU key becomes dark.

- For telephones with display, refer to Step 3 under Ringing Number Pickup.

# Call Pickup (MSL 100)

1. Lift the handset.
2. Press idle DN key.
3. Press call pickup key

# Call Pickup using feature access codes

1. Lift the handset.
2. Press idle DN key.
3. Enter call pickup feature access code.

# Answering a Call in Another Call Pickup Group

1. Lift the handset.
2. Press an idle DN key.
3. Press Call Pickup key.
4. Dial the call pickup group number.
- The call is connected.

## Special features

### Directed Call Pickup in Another Call Pickup Group

1. Lift the handset.
2. Press idle DN key.
3. Enter the Direct Call Pickup (DCPU) feature access code.
4. Dial the call pickup group number.

   • The call is connected.

### Directed Call Pickup on Specific Extension in Another Call Pickup Group

1. Lift the handset.
2. Press idle DN key.
3. Enter DCPU feature access code.
4. Dial extension number of ringing telephone.

   • The call is connected.

---

## Special features

### Auto Dial Transfer

Auto Dial Transfer allows you to use your Auto Dial key to transmit digits to the central office after a Trunk Switchhook Flash. You must be on a central office/exchange (CO) trunk call from or to a CO which offers Centrex- or exchange line-type features.

*To use Auto Dial Transfer when you pick up an incoming trunk call:*

1. Press [Trunk Switchhook Flash] and wait for interrupted dial tone.
2. Press [Auto Dial] to call the number desired.
3. Replace the handset or press [RLS] to end the call.

### Attendant Recall

The Attendant Recall feature allows you to contact an attendant during a call and connect the call to the attendant.

*To contact the attendant during a call:*

1. Press [Att Recall] during a call.
2. Stay on line until the attendant answers.
3. When you replace the handset, the caller remains connected to the attendant.

### Call Transfer

Call Transfer allows you to direct a call to another number.

*To transfer a call while on a call:*

1. Press [Transfer]. The call is placed on hold and you hear dial tone.
2. Dial the number to which you want to transfer the call.
3. Press [Transfer] again, either when you hear ringback/ring tone, or after you talk privately to the person to whom you are transferring the call.

**Note:** On MSL-100, the call will be transferred once the transfer key in step three is pressed. Use three-way call on MSL-100 to perform M-1 Call Transfer above.

## Special features

### Conference

You can set up a conference call for up to three (or six) persons, including yourself. Contact your telephone system administrator to find out the maximum number of persons you can join in a conference call on your system.

To set up a conference call:
1. While on a call, press [Conference], or enter the 3-person or 6-person Conference FFC. The other party is on hold and you hear dial tone.
2. Dial the next number to add to the conference. When the call is answered, you may talk privately with the person before they join the conference. If they do not answer, press the DN key.
3. Press [Conference] again to join all callers.
4. If necessary, repeat the procedure to include up to 3 (or 6) persons in the conference.

### Call Forward

Call Forward allows you to transfer all your calls so that they ring at another extension. You cannot forward calls while your telephone is ringing.

To forward all your calls:
1. Press [Forward], or lift the handset and enter the Call Forward Activate FFC. The ▶ flashes.
2. Dial the extension that you want to forward your calls to.
3. Press [Forward], or enter the Call Forward Activate FFC again. The ▶ remains on.

To cancel forwarding:
1. Press [Forward], or lift the handset and enter the Call Forward Cancel FFC. The ▶ turns off.

To reinstate Call Forward to the same number:
1. Press [Forward] twice, or lift the handset and enter the Call Forward Activate FFC twice. The ▶ turns on again.

To display the number to which you are currently forwarding your internal calls (on telephones equipped with an appropriate display):
1. Press [Display]. On a MSL-100, press [Inspect].
2. Press [Forward], or lift the handset and enter the Call Forward Verify FFC. The number is displayed.
3. If you want to clear the display, press [Display] again. Press [Inspect] for an MSL-100.

Note: You can forward calls to Meridian Mail by using the Meridian Mail DN as your Call Forward DN.

### Call Forward and Busy Status

The Call Forward and Busy Status is used when party A forwards calls to party B for screening.

## Special features

Party B can:
— monitor, activate or deactivate Call Forward for party A
— override Call Forward of party A, in order to place a call to party A, and
— determine whether party A is busy on a call.

### Call Forward - Internal

Call Forward—Internal allows only calls originating at internal extensions to ring at another extension. Calls originating outside your Meridian 1 system will ring at your telephone. You cannot forward calls while your telephone is ringing.

To forward your internal calls:
1. Press [Forward], or lift the handset and enter the Internal Call Forward Activate FFC. The ▶ flashes.
2. Dial the extension that you want to forward your calls to.
3. Press [Forward], or enter the Internal Call Forward Activate FFC again. The ▶ remains on.

To cancel forwarding:
1. Press [Forward], or lift the handset and enter the Internal Call Forward Cancel FFC. The ▶ turns off.

To reinstate Call Forward to the same number:
1. Press [Forward] twice, or lift the handset and enter the Internal Call Forward Activate FFC twice. The ▶ turns on again.

To display the number to which you are currently forwarding your internal calls (on telephones equipped with an appropriate display):
1. Press [Display]. Press [Inspect] on the MSL-100.
2. Press [Forward], or lift the handset and enter the Internal Call Forward Verify FFC. The number is displayed.
3. If you want to clear the display, press [Display] again.

## Special features

### Electronic Lock

You can lock your telephone with a password so that no one can make calls from your office. The lock consists of a password which you may change. This feature is not available on the MSL-100.

**To lock your telephone:**
1. Lift the handset or press a DN key.
2. Enter the Lock FFC.
3. Enter your electronic lock password.
4. If you are using someone else's telephone, dial your extension number.
5. Replace the handset or press [RLS].

**To unlock your telephone:**
1. Lift the handset or press a DN key.
2. Enter the Unlock FFC.
3. Enter your electronic lock password.
4. If you are using someone else's telephone, dial your extension number.
5. Replace the handset or press [RLS].

**To change your electronic lock password:**
1. Lift the handset or press a DN key.
2. Enter the password change FFC.
3. Enter the current password for your telephone.
4. Enter the new password you wish to use.
5. Enter the new password again.
If you hear a fast busy/engaged signal, you may have misdialed. Press [RLS] and try again.

## Special features

### Electronic Lock Network Wide (not available on the MSL-100)

**To lock a telephone (B) from another telephone (A):**
1. Lift the handset and dial the Electronic Lock Activate FFC defined for Node 1.
2. Dial the station password defined for telephone B.
3. Dial the digits normally dialed for telephone A to ring B.
If the FFC tone option is configured, you hear a confirmation tone. Telephone B is locked.

Note: If B was already locked, this procedure is ignored.

**To unlock telephone (B) from telephone (A):**
1. Lift the handset and dial the Electronic Lock Deactivate (ELKD) FFC defined for node 1.
2. Dial the SCPW defined for telephone B and the digits that telephone A would normally dial to ring telephone B (e.g., 42 + 9999 +6-343-3000).
If the FFCT option is configured as YES in LD 57 for Node 1, confirmation tone is given to telephone A to confirm that the unlock operation has been successful. Telephone B becomes unlocked if it was previously in a locked state.

Note: If telephone B was already unlocked, the above operation is ignored and Station B remains unlocked; however, a confirmation tone is provided to verify that the telephone is unlocked.

If the unlock operation was unsuccessful, overflow tone is given.

### Electronic Lock on Private Lines

Feature operation of Electronic Lock for Private Lines is the same as for the basic Electronic Lock feature.

## Remote Call Forward

Remote Call Forward allows you (from any telephone other than your own) to forward your calls to any telephone. Feature CFRA on the MSL-100.

**To activate Remote Call Forward:**

1. Lift the handset.
2. If you are calling from a telephone outside the system, first dial the Direct Inward System Access (DISA) number and wait for the dial tone.
3. Enter the Remote Call Forward Activate FFC.
4. Enter the Electronic Lock password for your telephone. (See Electronic Lock.)
5. Dial your main extension number.
6. Dial the number of the telephone to which you want your calls forwarded. If the number you are forwarding calls to is invalid, you will hear a fast busy/engaged signal.
7. Press [ ].

**Note:** If you want to forward calls to a previously programmed telephone number, skip step 6. above.

**To cancel Remote Call Forward:**

1. Lift the handset and enter the Remote Call Forward Deactivate FFC.
2. Enter your Electronic Lock password.
3. Dial your main extension number.
4. Press [ ].

**To verify Remote Call Forward:**

1. Lift the handset and enter the Remote Call Forward Verify FFC.
2. Enter your Electronic Lock password.
3. Dial your main extension number.
4. Dial the extension number of the telephone you are forwarding to.
5. Press [ ].

## Call Join (not available on the MSL-100)

**To connect a call on hold (on a different line) to your current call:**

1. You are currently on a call.
2. Press [Conference].
3. Press the DN key that has the other call on it, or press [Conference].
4. Press [Conference]. The person on hold joins your conversation.

**Special Features**

## Call Park

Call Park allows a call to be stored temporarily, then to be retrieved from any other extension. You can park an incoming call and then page the called party, without tying up a line. Your office may have a System Park Extension where most calls are automatically parked.

*To park a call on the System Park Extension or your own extension:*
1. Press [Park] twice. If there is a System Park Extension, the call is parked on it. Otherwise, it is parked on your extension.

Note: MSL-100, press [Park] once and the call is parked.

*To park a call on an extension other than the System Park Extension or your own extension:*
1. Press [Park].
2. Enter the extension number.
3. Press [Park] again.

Note: MSL-100 uses Directed Call Park (DCPK).

*To park a call using the SPRE code or the FFC:*
1. Press [Transfer] or [Conference].
2. Enter the SPRE code plus [7][1], or enter the Call Park FFC.
3. If you don't want the System Park Extension or your own extension, dial an extension number.
4. Press [Transfer] or [Conference] again.

Note: MSL-100 uses Conference only.

*To retrieve a parked call:*
1. Select a free DN key.
2. Press [Park], or enter the SPRE code plus [7][2], or enter the Call Park FFC.
3. Dial the extension where the call is parked.

Note: If you park a call and it isn't answered within a specified period of time, it rings back to your telephone or to the attendant. This is defined on a customer basis.

## Call Park - Networkwide

Prior to Release 22, a call could only be parked onto a Station DN or a System Park DN that is on the same node as the Parking Party. The Network Call Park(CPPRKNET) component allows a call to be parked onto a station DN or a System Park DN at another M1 Node within the MCDN NAS Network of the Parking Party.

*****20*****

## Call Page

The Meridian 1 provides switching access and trunk circuit interface to a customer-supplied speaker or radio paging equipment. Paging equipment is accessed by dial access or a Page key on attendant consoles. Telephones cannot be assigned a Page key and must access this feature by dialing.

Attendant consoles using the Page key preempt telephones having only dial access. Telephones preempted by the attendant are disconnected and must reaccess the paging trunk.

*To use the Call Page feature:*
1. Select a free DN key.
2. Speak into the telephone.
3. Hang up the telephone or press [Rls].

## Call Page - Network Wide

Prior to Release 22, the Meridian 1 does not support external Paging calls. The Network Call Page component allows the Paging function to be performed onto a station DN or System Park DN at another M1 Node within the MCDN NAS Network or the Paging Party.

## Call Waiting

If the attendant routes an outside call to you when you are already on a call, Call Waiting lets you put your current call on hold, allowing you to answer the outside call.

*To answer an incoming call during a telephone call:*
1. Press [Hold] when you hear a tone and the call waiting indicator flashes during a telephone call.
2. Press [Call Wtg] to answer the incoming call.

*To return to your first telephone call:*
1. Press [Hold] if you want to put the second call on hold, or [Rls] to end the second call.
2. Press the DN key associated with the first call.

*To answer an incoming call during a telephone call without the Call Waiting key:*
1. If you don't have a [Call Wtg] key and you hear the Call Waiting tone, end your current call and replace the handset or press [Rls].
2. When the telephone rings, press the DN key beside the flashing ▶ to answer the incoming call.

Note: MSL-100 has Autohold feature. The hold key is not required when using call waiting.

*****21*****

C. HUNT       14

## Calling Number

With the Calling Number feature, you can create a charge account record and/or charge a call to an incoming number.

*While on a call, to record the caller's number for accounting purposes:*

1. Press [Calling No. ]. You hear three beeps followed by dial tone. The other party is on hold.
2. Dial a charge account number or the caller's number.
3. Press [Calling No. ] again to return to the call.

## Charge/Forced Charge

Charge allows you to charge a call to a specific account. Forced Charge allows you to charge long distance calls from telephones that are restricted to local calls.

*To charge a local or long distance call to an account before you dial:*

1. Press a free DN key to obtain a line.
2. Press [Charge ], or enter the SPRE code plus [9], or enter the Call Detail Recording FFC.
3. Enter the charge account number.
4. Upon hearing dial tone, place your call.

*To charge a call in progress:*

1. Press [Transfer ] or [Conference ].
2. Press [Charge ], or enter the SPRE code plus [9], or enter the Call Detail Recording FFC.
3. Enter the charge account number.
4. Press the DN key to return to your call.

*To use the Special Prefix Code to charge a call in progress:*

1. Press [Transfer ] or [Conference ].
2. Enter the SPRE code plus [9], or enter the Call Detail Recording FFC.
3. Enter the charge account number.
4. Press the DN key to return to your call.

*To charge a call to an account when you transfer a call:*

1. Press [Transfer ]. The call is on hold.
2. Press [Charge ], or enter the SPRE code plus [9], or enter the Call Detail Recording FFC.
3. Dial the charge account number.
4. When you hear dial tone, dial the number you want the call transferred to.
5. Press [Transfer ] when you hear ringing, or after you talk privately to the person you are transferring the call to.

*To charge a call to an account when you add someone to a conference call:*

1. Press [Conference ]. The call is on hold.
2. Press [Charge ], or enter the SPRE code plus [9], or enter the Call Detail Recording FFC.
3. Dial the charge account number.
4. Call the party you want to add to the conference.
5. Press [Conference ].

## Special features

### Centrex/Exchange Line Switchhook Flash

Centrex/Exchange Switchhook Flash allows you to signal the Central Office/Exchange (CO) during an established call to use a Centrex service such as call transfer or three-way calling.

**To use Centrex/Exchange line Switchhook Flash:**

1. Press [Trunk-Switchhook-Flash] or enter the Switchhook Flash FFC. You hear special dial tone.
2. Enter the codes for your custom Centrex feature.

### M1 Display/MSL-100 Inspect

When you are on an active call, you can identify a second incoming caller with the Display feature. This feature differentiates between external and internal calls. For internal calls, it also displays the caller's identity. Your telephone must have a Display Module Option to use this feature.

**To view the name of a second caller while on a call in progress:**

1. While on a call, you hear the tone of the second call.
2. Press [Display____] or Press [Inspect____] on an MSL-100.
3. Press the DN key beside the flashing ▶. The caller's name is displayed in the Display Module.

**Note:** Displaying the second caller's name does not interfere with the current call in progress.

### Forced Camp-on

Forced Camp-on allows your telephone to automatically ring another telephone as soon as it disconnects from its current call. Forced Camp-on allows both internal and external calls to be camped on; Camp-on allows only external calls to be camped on.

Forced Camp-on may also be used with Priority Override. The combination of the two features is referred to as Enhanced Override.

**To use Forced Camp-on:**

1. You dial a telephone number and hear a busy/engaged signal.
2. Press [Override___] to initiate a Forced Camp-on or dial the override FFC. If either of the persons on the call disconnect at this time, you will hear an overflow (fast busy/engaged) signal.
3. The person you are calling hears a tone and you hear a ringing/back signal or busy/engaged signal. (depending on the options chosen). You are now camped-on.
4. When the person hangs up, both your telephone and their telephone ring.
5. Lift the handset or press a DN key or [__Handsfree__] and begin speaking.

### Group Hunt

If a call encounters a busy DN and a Group Hunting Pilot DN is specified, then the call is routed to the next idle DN in a pre-arranged group.

1. Place a call to a DN in a pre-arranged group.

If the line is busy

Special Features

## Group Call

Group Call automatically calls members of a predefined group, one at a time, until they have all answered. Ask your system administrator for details on creating a conference call group.

To call group members:

1. Lift the handset or press a DN key.
2. Press [Group Call] or enter the Group Call FFC. The group members are called automatically. The ▶ beside the Group Call key flashes until all members have answered.
3. When all have answered, the ▶ stops flashing and remains on.

Their phone numbers appear on the display as they answer. When the last person answers, the Group Call indicator lights steadily.

When a person in your group is on another call on the extension the incoming group call is on, the group call is put in Camp-on or Call Waiting mode.

When a person in your group is on a conference call or another group call, he or she is not connected to your group call.

After all the people in the group have answered, only the person who made the group call can put the call on hold.

To answer a Group Call:

— Lift the handset or press the DN key.

If you are on a call and you hear three 10-second tones though the handset or speaker, you are being notified of an incoming group call on your current extension.

If you are on a call on another extension when a group call is made, you hear a long tone through the handset or speaker.

If you are on a conference call or a group call when another group call comes in, you are not notified of the second call.

To end a Group Call:

— Replace the handset or press [RLS].

When the person who made the group call disconnects, all the members of the line group are disconnected from the call. However, the other members can disconnect at any time during the call without affecting the call.

## Hot Line

The system administrator can program a Hot Line telephone number that is dialed automatically.

To use Hot Line:

◆ Press [Hotline]. The Hot Line number is dialed automatically.

or

◆ If your main line is a Hot Line, lift the handset. The Hot Line number is dialed automatically.

## Intercom

You can use the Intercom feature to call a member of your intercom group.

To make an Intercom call:

1. Lift the handset and press [Intercom].
2. Dial the one- or two-digit code for the intercom group member you wish to call.

To answer an Intercom call when you are on a line other than your Intercom group line:

1. Press [Hold] to put the current call on hold, or press [RLS] to terminate the call.
2. Press [Intercom] and begin speaking.

## Make Busy

Make Busy allows you to make your telephone appear busy/engaged to all callers.

To make your telephone appear busy/engaged:

1. Press [Make Busy], or lift the handset and enter the Make Busy FFC.

To receive calls again:

— Press [Make Busy] again, or lift the handset and enter the Make Busy FFC.

## Malicious Call Trace

Malicious Call Trace provides a way for you to trace nuisance calls within your system.

To trace a call:

1. Answer the call.
2. Press [Trace], or enter the SPRE code plus [8][3], or enter the Trace FFC. If you do not have a [Trace] button, pressing [Transfer] or [Conference] will initiate a trace. Keep the caller on the line to allow time to trace the call. If you pressed [Transfer] or [Conference], the call is taken off hold as soon as it is traced.

Special features

## On Hold on Loudspeaker (M2008HF and M2616 only)

This feature is available only in certain areas and requires additional equipment. It is not available on the MSL-100.

The On Hold on Loudspeaker feature allows users such as commodities brokers to monitor one (with the optional Loudspeaker) or several (with the Speech Monitor) stock markets, for example, while talking to one or more customers using the handset. (A Speech Monitor works like a Loudspeaker, but can handle up to eight channels.) At any time, the user can enter the call being monitored on the Loudspeaker or Speech Monitor unit.

### To use On Hold On Loudspeaker:
1. Place the call on hold.
2. Press [Loudspeaker].
3. Press the DN key for the call on hold call. The call on hold is put on the Loudspeaker and is heard publicly.

### To talk privately to the party on the Loudspeaker:
— Use the handset on the Loudspeaker (if provided). While the Loudspeaker is active, any other call is maintained on the handset. More than one call can be put on hold, but only one call at a time can be placed on the Loudspeaker.

### To use On Hold on the Speech Monitor:
1. Make a call from [HOT DN] or the DN of the Speech Monitor.
2. Place the call on hold. The Speech Monitor is automatically activated.

### To talk privately to one of the parties on the Speech Monitor
— Take the call on the handset of the phone. This conversation will not be heard on the Loudspeaker. Any other user with a Speech Monitor DN on their set can enter the call by establishing a Multiple Appearance Conference.

### To disconnect a call from the Speech Monitor:
— Press [RLS] while the call is active.

### To disconnect from the Speech Monitor:
— Switch off the Speech Monitor.

## Held Call Clearing

This feature allows both the active call and held call to be released when the user of a Meridian 1 proprietary telephone replaces the handset. Pressing the Release key only releases the active call.

1. Place the handset of your Meridian 1 proprietary telephone on-hook to release both the active and held call.

Pressing the [RLS] key only releases the active call.

## Privacy Release

Privacy Release allows someone who shares your extension to join your call.

### To use Privacy Release:
— Press [Privacy] during a call. The person can now join in by pressing the DN key beside the flashing ►.

## Radio Paging

Note: This feature is not available in all areas, and on all systems.

Your Meridian 1 system may be equipped with an on-site Radio Paging system. You may use its Radio Paging FFCs to alert the pager of a person to whom you wish to speak. If you stay on the line, the paged person may answer the call by entering a special Paging "meet me" code from any Meridian 1 extension.

### Radio Paging Access:

Automatic Pre - selection ("Meet me" paging).
You wish to contact a person. They either do not have a Meridian extension, or they are unlikely to answer if their DN is called. You wish to directly alert their radio paging device.

1. Lift the handset. You hear dial tone.
2. Enter the Radio Paging FFC. You hear paging dial tone.
3. Enter the DN of the party to be paged. You hear ringback/ring tone.

Note 1: While ringback/ring tone is heard, the person you have paged may proceed to any Meridian extension and enter a Radio Paging Answer code plus their own DN to be connected directly to you.

Note 2: If your call is not answered within a preset time period you will hear a continuous high pitched tone for fifteen seconds, then silence. Hang up and try again later.

### Radio Paging Automatic Post - selection

You have called another user's extension, and are receiving either busy/engaged signal or ringback/ring tone without reply. To page the called party there is no need to make a new call.

The called party is either busy on the telephone or away from his desk.

1. Press [Radio Page]. You hear special dial tone.
2. Enter the Radio Paging Access feature code. You hear ringback/ring tone.

(There is no need to redial the extension number of the called party in order to page them).

**Note 1:** While ringbacking tone is heard, the person you have paged may proceed to any Meridian extension and enter a Radio Paging Answer code plus their own DN to be connected directly to you.

**Note 2:** If your call is not answered within a preset time period you will hear a continuous high pitched tone for fifteen seconds, then silence. Hang up and try again later.

*Special Features*

If you carry a Radio Pager, you will receive a paging indication when another Meridian 1 telephone user accesses the Radio Paging System and dials your extension DN.

If the Radio Paging system is set up to function in Meet - me mode, you may answer the paging call from any Meridian 1 extension and be connected to the person who has paged you.

1. Lift the handset of any telephone on the system (as long as it is not a hotline, private line, or a manual line telephone). You hear dial tone.
2. Enter the Radio Paging Answer feature code. You hear paging tone.
3. Enter your own extension DN. You are connected to the paging caller. If the paging caller has hung up you will hear a steady high pitched tone - Number Unavailable tone.

* * * * 30 * * * *

## Ring Again

If you receive a busy/engaged signal when trying to reach someone in your office, or in your private network, Ring Again automatically redials that number and lets you know when that person is free.

*To use Ring Again:*

1. You dial an extension and receive a busy/engaged signal. Press [Ring Again ], or enter the Ring Again Activate FFC.
2. Replace the handset or press [RLS].
3. When the number you want to reach is free, you hear the Ring Again signal.
4. Press a free DN key or lift the handset to obtain a line.
5. Press [Ring Again ], or enter the Ring Again Activate FFC to automatically redial the number.

*To cancel Ring Again:*

—   Press [Ring Again ].

## Ring Again On No Answer

Ring Again on No Answer allows you to automatically redial a number that previously did not answer. When the person you want to call is busy, your telephone automatically redials the number immediately when that telephone is available (on-hook).

*To use Ring Again on No Answer:*

1. You dial an extension and receive no answer.
2. Press [Ring Again ], or enter the Ring Again Activate FFC. The lamp lights steadily.
3. Replace the handset or press [RLS]. You may continue with other calls as needed.
4. The person you called returns to their office and places a call. When they hang up, your telephone buzzes and the [Ring Again] key flashes.
5. Lift your handset or press a free DN key to obtain a line.
6. Upon hearing dial tone, press [Ring Again ], or enter the Ring Again Activate FFC.
7. The number is redialed, and [Ring Again] goes out.

*To cancel Ring Again No Answer:*

—   Press [Ring Again ], or lift the handset and enter the Ring Again Deactivate FFC.

## Set-based Administration Enhancements

Many operational procedures and set-based menus have been introduced by this feature that are beyond the scope of this feature description. For more information on the operation of the Set-based Administration Enhancements feature, please see Set-Based Administration 553-3001-303.

* * * * 31 * * * *

# Speed Call

Speed Call allows you to dial frequently-called telephone numbers using a brief code to represent the number. The codes are one, two, or three digits long (0 to 999). See your telephone system administrator for a list of the Speed Call codes.

Only a telephone that has been designated as a Speed Call Controller telephone can program the numbers to be stored.

## To store a Speed Call number:
1. Press [Speed Call], or lift the handset and enter the Speed Call Controller FFC.
2. Enter the code to be added to the Speed Call list (0 to 999).
3. Dial the access code (if required): internal, external, or long-distance telephone number.
4. Press [Speed Call] again, or enter the Speed Call User FFC.

## To change a Speed Call number:
1. Press [Speed Call], or lift the handset and enter the Speed Call Controller FFC.
2. Enter the Speed Call code that you want to change.
3. Dial the new access code (if required), internal, external, or long-distance telephone number.
4. Press [Speed Call] again, or enter the Speed Call User FFC.

## To erase a Speed Call number:
1. Press [Speed Call], or lift the handset and enter the Speed Call Controller FFC.
2. Enter the Speed Call code that you want to erase.
3. Press [*]. (On the M3L 1400, use •.)
4. Press [Speed Call] again.

## To make a Speed Call:
1. Press a free DN key.
2. Press [Speed Call], or enter the Speed Call User FFC.
3. Dial the Speed Call code.

# Speed Call on Private Lines

Speed Call on Private Lines allows you to access a Private Line trunk and make a speed call. See Speed Call for more information on setting up speed codes.

## To use Speed Call on Private Lines:
1. Press [Private Line].
2. Lift the handset. Press [Speed Call], or enter the Speed Call Controller FFC.
3. Enter the Speed Call code of the number you want to dial.

# System Speed Call

System Speed Call lets you dial Speed Call codes and override all restrictions on the telephone during the call. See Speed Call for more information on setting up speed call numbers.

## To make a System Speed Call:
1. Press a free DN key to obtain a line.
2. Press [Sys Spcd], or enter the System Speed Call FFC.
3. Enter the Speed Call code of the number you want to dial.

# Stored Number

The Stored Number feature allows you to store a single telephone number that you can dial quickly. You can easily change the stored number.

## To store a number when you're not on a call:
1. Without lifting the handset, press [Store No], or enter the Stored Number FFC.
2. Dial the number.
3. Press [Store No] again, or enter the Stored Number FFC. Any number previously stored is replaced.

## To store a number when you're on a call:
1. After you dial the number, press [Store No], or enter the Store Number FFC.

## To display the stored number:
1. Press [Display].
2. Press [Store No], or enter the Stored Number FFC. The number is displayed.
3. If you want to clear the display, press [Display] again.

## To call the stored number:
1. Select a free line.
2. Press [Store No], or enter the Stored Number Redial FFC.

## Special features

### Timed Reminder Recall

Timed Reminder Recall rings your telephone after a period of time to remind you of a transferred call that has not yet been answered. This feature is not available on the MSL-100.

*To use the Timed Reminder Recall:*

1. During a call in progress. Transfer a call by dialing the desired extension, and press [Transfer]. This starts the recall timer.
2. Press [Transfer] again or replace the handset before the extension answers. This starts the recall timer.

If the person to whom the call is transferred answers, the recall timer stops.

If the transferred call is not answered, your telephone rings.

*To Answer a recall:*

1. When your telephone rings, pick up the handset or press a DN key. You are connected to the original caller. The extension to which you transferred the call will continue to ring.
2. Press [Transfer] to repeat the transfer, if desired.
3. If the person to whom you are transferring the call answers while you are on the line, a conference call is set up between the three of you. Press [Rls] or replace the handset to complete the transfer.

### Override

You can override a busy/engaged signal and interrupt another call. This feature is called Busy Override on the MSL-100.

*To override a busy/engaged signal:*

1. You dial a telephone number and hear busy/engaged signal.
2. Press [Override] , or enter the Override FFC. Both persons on the call in progress hear a tone for approximately one second; the three of you are then connected together. A short tone repeats every 16 seconds.

### Enhanced Override

Enhanced Override allows you to override an ongoing call after you have attempted a Forced Camp-on. Use Enhanced Override when making either: a simple call or a consultation call (i.e., place a call on hold and call another party).

*To use Enhanced Override:*

1. You dial a telephone number and hear a busy/engaged signal.
2. Press [Override] , or enter the Override FFC to initiate a Forced Camp-on. If either of the persons on the call disconnects at this line, you receive an overflow (fast busy/engaged) signal.
3. Press [Override] again, or enter the Override FFC. The other two persons on the call hear an override tone and a conference call is established between the three of you. If anyone disconnects, the other two persons will remain connected.

### Priority Override

The Priority Override feature allows you to override a busy/engaged signal and join a call in progress.

*To use Priority Override:*

1. You dial a number and hear a busy/engaged signal.
2. Press [Override] , or enter the Override FFC. If either of the persons on the call in progress disconnects at this time, you will hear an overflow (fast busy/engaged) signal.
3. The persons on the call in progress hear an Override tone, and a Conference is established between the three of you.
4. If any person disconnects, the other two persons remain connected.

### Voice Call

You can page another person or make an announcement through another telephone's speaker.

*To make a voice call:*

1. Lift the handset or press a DN key.
2. Press [Voice Call] .
3. Make your announcement.
4. To end, replace the handset or press [Rls] .

*To respond to a voice call:*

1. Your telephone rings once and you hear the caller's voice through the speaker. Lift the handset and begin speaking.

C. HUNT

## Hospitality features

These hospitality features are intended for hotel operations use and are not available on the MSL-100.

## Automatic Wake-Up

Although normally used as a hotel feature, Automatic Wake-up may be useful to business users who require a timed reminder call feature. From your telephone you may program the Meridian 1 system to automatically place a call to you at a predetermined time. When you answer the call, you will hear recorded music for up to thirty seconds followed by a prerecorded announcement, or the attendant.

*To enter the time for a wake-up call:*
1. Pick up the handset or press a free DN key.
2. Enter the Wake-Up Request FFC code.
3. Enter the wake-up time in a 24-hour format (hh mm).
4. Replace the handset or press RLS.

*To cancel a wake-up call:*
1. Pick up the handset or press a free DN key.
2. Enter the Wake-Up Cancel FFC code.
3. Replace the handset or press RLS.

*To verify the time for the wake-up call:*
1. Pick up the handset or press a free DN key.
2. Enter the Wake-Up Verify FFC code.
3. Enter the wake-up time in a 24-hour format (hh mm). If it is correct, you hear a confirmation tone.
4. Replace the handset or press RLS.

**Note:** In 24-hour format, 7:30 AM is entered as 0730; 9:45 PM is 2145.

## Maid Identification

Maid ID makes it easier to keep track of which maids clean which rooms. The maid enters the information from the telephone in each room.

*To enter cleaning status:*
1. Pick up the handset or press a free DN key.
2. Enter the SPRE code plus 86.
3. Enter one of the following cleaning status codes:
   1 = cleaning requested2 = cleaning in progress3 = room cleaned
   4 = room passed inspection5 = room failed inspection6 = cleaning skipped
   7 = not for sale

   You hear interrupted dial tone.
4. Press ⋆.
5. Enter the Maid ID. If you enter the wrong Maid ID, press # and then reenter the ID.
6. Press #.
7. Replace the handset or press RLS.

## Message Registration

If your telephone is equipped with a display, you can read, change, or reset meters that log hotel telephone calls.

*To read meters:*
1. Without lifting the handset, press Msg Reg.
2. Enter the room extension number.
3. Press Msg Reg again.

*To change a meter:*
1. Without lifting the handset, press Msg Reg.
2. Enter the room extension number.
3. Enter the correct meter count.
4. Press ⋆.
5. Press Msg Reg.

*To reset a meter to zero:*
1. Without lifting the handset, press Msg Reg.
2. Enter the room extension number.
3. Press ⋆.
4. Press Msg Reg.

## Hospitality features

### Room Status

Room Status lets you read the status of a room using the Display Module.

**To read the status of a room:**

1. Without lifting the handset, press [Status].
2. Enter the extension number for the room. The extension is displayed followed by a two-digit code.

The first digit indicates the occupancy status:

    0 = room vacant1 = room occupied

The next digit indicates the cleaning status of the room:

    1 = cleaning requested2 = cleaning in progress3 = room cleaned
    4 = room passed inspection5 = room failed inspection6 = cleaning skipped
    7 = not for sale

3. Press [Status] again. The display clears.

**To change the status of a room:**

1. Without lifting the handset, press [Status].
2. Enter the extension number for the room. The extension is displayed followed by a two-digit code.
3. Enter the status code you want to assign to the room. A three-digit code appears. The first digit indicates the occupancy status. The second digit is the old cleaning status, and the third is the new cleaning status you just entered.
4. Press [Status] again. The display clears.

## SPRE Code and FFCs

| | |
|---|---|
| | SPRE |
| | Autodial |
| | Call Detail Recording |
| | Call Forward Activate |
| | Call Forward Cancel |
| | Call Forward Verify |
| | Call Park |
| | 3-Person Conference |
| | 6-Person Conference |
| | Group Call |
| | Lock |
| | Unlock |
| | Override |
| | Pick Up Paging Number |
| | Pickup Up Group |
| | Pickup Up DN |
| | Radio Paging |
| | Radio Paging Access |

| | |
|---|---|
| | Radio Paging Answer |
| | Remote Call Forward Activate |
| | Remote Call Forward Deactivate |
| | Remote Call Forward Verify |
| | Ring Again Activate |
| | Ring Again Deactivate |
| | Speed Call Controller |
| | Speed Call User |
| | Stored Number |
| | Stored Number Redial |
| | Switchhook Flash |
| | System Speed Call |
| | Trace |
| | Wake-Up Request |
| | Wake-Up Cancel |
| | Wake-Up Verify |
| | Make Busy |

## Index

Answerback See
  Automatic
  Answerback
Answering calls  6
Attendant  3
Auto Dial  9
Auto Dial Tandem
  Transfer  13
Automatic
  Answerback  9
Automatic Wake-up  36

Buzz  9

Call Forward  14
Call Join  19
Call Park  20
Call Pickup  10
Call Transfer  6, 13
Call Waiting  21
Calling Number  22
Centrex Switchhook
  Flash  24
Charge  23
Conference  14
Controls, telephone  2

Data Adapter See
  Meridian
  Communications
  Adapter
Dialing See On-hook
  dialing
Direct Inward System
  Access  18
Directory Number  3

DISA See Direct Inward
  System Access
Display  9, 14, 15, 24,
  33
Display Modules See
  Meridian Display
  Module
DN  3

Electronic Lock  25
Enhanced
  Override  26, 35
External Alerter
  Interface  5

Feature keys  2
Features, telephone  3
FFCs  3
Flexible Feature
  Codes  3
Forced Camp-on  25
Forced Charge  23
Forward See Call
  Forward or Remote
  Call Forward or
  Internal Call
  Forward

Group Call  26

Handset  2
Handsfree  7
HOLD  2, 6, 21
Hot Line  27

Intercom  27
Interrupted dial tone  3

Key Expansion
  Module  5

Last Number Redial  8
LCD indicator  2
LINK  3

Maid Identification  37
Main extension key  2
Wake Busy  27
Waking calls  6
Malicious Call
  Trace  27
Meridian 1  3
Meridian
  Communications
  Adapter  5
Meridian Display
  Module  5
Message
  Registration  37
Message Waiting
  light  2
Microphone  2
Msg Reg See Message
  Registration
Mute  6

On Hold on
  Loudspeaker  28
On-hook dialing  7
Override  34

Park See Call Park
Parts of the
  telephone  1
Pickup See Call Pickup
PreDial  7, 8
Priority Override  35
Privacy Release  29, 35
Private Line  3

SPRE Code and FFCs

C. HUNT   25

## Index

Radio Paging  29
Redial  See Last Number Redial
Remote Call Forward  18, 28
Remote Ringer  See External Alerter Interface
Ring Again  31
Ringback/ring tone  3
RLS  2
Room Status  38

Shared Directory Numbers  4
Special dial tone  4
Special Prefix code  3, 4
Speed Call  32
Speed Call on Private Lines  32
SPRE code  See Special Prefix code
Status  See Room Status
Stored Number  33
Switchhook  4
System Speed Call  33

Telephone parts  1
Timed Reminder Recall  34
Trace  See Malicious Call Trace

Transfer  See Call Transfer
Voice Call  35
Volume bar  2
Wake-up  See Automatic Wake-up
Wall mount  5

Information is subject to change since Northern Telecom reserves the right, without notice, to make changes in equipment design or components as progress in engineering or manufacturing methods may warrant.

Insquiries to a trademark of Bell Canada

Branches Number
NIS3F9042 A036/5659
P/o 12 en par p[ej PO/N2908]
Printed in U.S.A.  March 1997
Reproduced as a trademark of Northern Telecom

© Copyright 1997 Northern Telecom

For Northern Telecom
Internal Manufacturing
Use Only
PO0225910

NORTEL

NORTHERN TELECOM

C. HUNT   26

**21st MORTGAGE CORPORATION**

P.O. Box 477 * Knoxville, TN 37901
(865)292-2120 * (800)955-0021
NMLS# 2280 * Fax (877)830-3100

10/31/10

CHARLIE HUNT
170 CONQUEST RD

WARRIOR AL 35180

Loan #:   96651 - 0

Payment Description
    Bank Routing Number:        061000227
    Bank Account Number:        ********6597
    Payment Date:               10/30/2010
    Reference Number:           2194007
    ACH Debit Amount:
        Payment                     500.86
        Authorized Fee                 .00
        Total                      $500.86

Dear CHARLIE HUNT

Based upon your authorization during our telephone conversation on 10/30/2010 we have initiated an ACH debit as described above to make the payment that you requested. Included in the debit amount is the $.00 fee that you authorized.

If information in this confirmation is inaccurate, please contact us at 1-800-955-0021.

Sincerely,

21st Mortgage Corporation
One Centre Square
620 Market Street
Knoxville, TN 37902

Please be advised further that this letter constitutes neither a demand for payment of the captioned debt nor a notice of personal liability to the recipient hereof who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy code. This letter is being sent to such parties merely to comply with applicable state law.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
This communication is from a debt collector. This is not a bill. Do not mail payment.
Retain this letter for your records.

Office Hours (Eastern Time): Monday through Friday  8:00am - 6:00pm

COLP314        0563

**21st**
MORTGAGE
CORPORATION

P.O. Box 477 * Knoxville, TN 37901
(865)292-2120 * (800)955-0021
NMLS# 2280 * Fax (877)830-3100

11/30/10

CHARLIE HUNT
170 CONQUEST RD

WARRIOR AL 35180

Loan #:   96651 - 0

Payment Description
    Bank Routing Number:        061000227
    Bank Account Number:        ********6597
    Payment Date:               11/30/2010
    Reference Number:           2214640
    ACH Debit Amount:
        Payment                     500.86
        Authorized Fee                 .00
        Total                       $500.86

Dear CHARLIE HUNT

Based upon your authorization during our telephone conversation on  11/30/2010   we have initiated an
ACH debit as described above to make the payment that you requested. Included in the debit amount is the
$.00    fee that you authorized.

If information in this confirmation is inaccurate, please contact us at 1-800-955-0021.

Sincerely,

21st Mortgage Corporation
One Centre Square
620 Market Street
Knoxville, TN  37902

Please be advised further that this letter constitutes neither a demand for payment of the captioned debt nor a notice
of personal liability to the recipient hereof who might have received a discharge of such debt in accordance with
applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States
Bankruptcy code. This letter is being sent to such parties merely to comply with applicable state law.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
This communication is from a debt collector. This is not a bill. Do not mail payment.
Retain this letter for your records.

Office Hours (Eastern Time): Monday through Friday  8:00am - 6:00pm

COLP314        1863

**21st MORTGAGE CORPORATION**

P.O. Box 477 * Knoxville, TN 37901
(865)292-2120 * (800)955-0021
NMLS# 2280 * Fax (877)830-3100

1/05/11

CHARLIE HUNT
170 CONQUEST RD

WARRIOR AL 35180

Loan #:   96651 · 0

Payment Description
    Bank Routing Number:        061000227
    Bank Account Number:        ********6597
    Payment Date:               1/05/2011
    Reference Number:           2239433
    ACH Debit Amount:
        Payment                 500.86
        Authorized Fee              .00
        Total                   $500.86

Dear CHARLIE HUNT

Based upon your authorization during our telephone conversation on  1/05/2011   we have initiated an
ACH debit as described above to make the payment that you requested. Included in the debit amount is the
  $.00   fee that you authorized.

If information in this confirmation is inaccurate, please contact us at 1-800-955-0021.

Sincerely,

21st Mortgage Corporation
One Centre Square
620 Market Street
Knoxville, TN  37902

Please be advised further that this letter constitutes neither a demand for payment of the captioned debt nor a notice
of personal liability to the recipient hereof who might have received a discharge of such debt in accordance with
applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States
Bankruptcy code. This letter is being sent to such parties merely to comply with applicable state law.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
This communication is from a debt collector. This is not a bill. Do not mail payment.
Retain this letter for your records.

Office Hours (Eastern Time): Monday through Friday  8:00am · 6:00pm

COLP314       0072

C. HUNT    29

**21st**
MORTGAGE
CORPORATION

P.O. Box 477 * Knoxville, TN 37901
(865)292-2120 * (800)955-0021
NMLS# 2280 * Fax (877)830-3100

2/04/11

CHARLIE HUNT
170 CONQUEST RD

WARRIOR AL 35180

Loan #:   96651 - 0

Payment Description
    Bank Routing Number:        061000227
    Bank Account Number:        *********6597
    Payment Date:               2/04/2011
    Reference Number:           2263086
    ACH Debit Amount:
        Payment                     500.86
        Authorized Fee                 .00
        Total                      $500.86

Dear CHARLIE HUNT

Based upon your authorization during our telephone conversation on   2/04/2011   we have initiated an
ACH debit as described above to make the payment that you requested. Included in the debit amount is the
    $.00    fee that you authorized.

If information in this confirmation is inaccurate, please contact us at 1-800-955-0021.

Sincerely,

21st Mortgage Corporation
One Centre Square
620 Market Street
Knoxville, TN 37902

Please be advised further that this letter constitutes neither a demand for payment of the captioned debt nor a notice
of personal liability to the recipient hereof who might have received a discharge of such debt in accordance with
applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States
Bankruptcy code. This letter is being sent to such parties merely to comply with applicable state law.

This is an attempt to collect a debt. Any information obtained will be used for that purpose.
This communication is from a debt collector. This is not a bill. Do not mail payment.
Retain this letter for your records.

    Office Hours (Eastern Time): Monday through Friday  8:00am - 6:00pm

COLP314      0587

C. HUNT   30

**21st MORTGAGE CORPORATION**

P.O. Box 477 * Knoxville, TN 37901
(865)292-2120 * (800)955-0021
NMLS# 2280 * Fax (877)830-3100

2/17/11

CHARLED HUNT
170 CONQUEST RD

WARRIOR AL 35180

Loan #:    96651 - 0

Payment Description
      Bank Routing Number:       061000227
      Bank Account Number:       *********6597
      Payment Date:              2/17/2011
      Reference Number:          2273409
      ACH Debit Amount:
            Payment              500.86
            Authorized Fee          .00
            Total                $500.86

Dear CHARLED HUNT

Based upon your authorization during our telephone conversation on  2/17/2011   we have initiated an
ACH debit as described above to make the payment that you requested. Included in the debit amount is the
    $.00    fee that you authorized.

If information in this confirmation is inaccurate, please contact us at 1-800-955-0021.

Sincerely,



21st Mortgage Corporation
One Centre Square
620 Market Street
Knoxville, TN 37902

Please be advised further that this letter constitutes neither a demand for payment of the captioned debt nor a notice
of personal liability to the recipient hereof who might have received a discharge of such debt in accordance with
applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States
Bankruptcy code. This letter is being sent to such parties merely to comply with applicable state law.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
This communication is from a debt collector. This is not a bill. Do not mail payment.
Retain this letter for your records.

Office Hours (Eastern Time): Monday through Friday  8:00am - 6:00pm


COLP314      0810

**21st MORTGAGE CORPORATION**

P.O. Box 477 * Knoxville, TN 37901
(865)292-2120 * (800)955-0021
NMLS# 2280 * Fax (877)830-3100

3/25/11

CHARLIE HUNT
170 CONQUEST RD

WARRIOR AL 35180

Loan #:   96651 - 0

Payment Description
    Bank Routing Number:    062001186
    Bank Account Number:    ****7674
    Payment Date:    3/25/2011
    Reference Number:    2300891
    ACH Debit Amount:
        Payment    500.86
        Authorized Fee    .00
        Total    $500.86

Dear CHARLIE HUNT

Based upon your authorization during our telephone conversation on   3/25/2011   we have initiated an ACH debit as described above to make the payment that you requested. Included in the debit amount is the $.00   fee that you authorized.

If information in this confirmation is inaccurate, please contact us at 1-800-955-0021.

Sincerely,

21st Mortgage Corporation
One Centre Square
620 Market Street
Knoxville, TN 37902

Please be advised further that this letter constitutes neither a demand for payment of the captioned debt nor a notice of personal liability to the recipient hereof who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy code. This letter is being sent to such parties merely to comply with applicable state law.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
This communication is from a debt collector. This is not a bill. Do not mail payment.
Retain this letter for your records.

Office Hours (Eastern Time): Monday through Friday  8:00am - 6:00pm

COLF314    1386

C. HUNT   32

**21st MORTGAGE CORPORATION**

P.O. Box 477 * Knoxville, TN 37901
(865)292-2120 * (800)955-0021
NMLS# 2280 * Fax (877)830-3100

5/23/11

HUNT, CHARLIE
170 CONQUEST RD

WARRIOR AL 35180

Loan #:   96651 - 0

Payment Description
    Bank Routing Number:          061000227
    Bank Account Number:          ********6597
    Payment Date:                 5/23/2011
    Reference Number:             2341177
    ACH Debit Amount:
        Payment                       522.55
        Authorized Fee                   .00
        Total                        $522.55

Dear HUNT, CHARLIE

Based upon your authorization during our telephone conversation on   5/23/2011   we have initiated an
ACH debit as described above to make the payment that you requested. Included in the debit amount is the
    $.00   fee that you authorized.

If information in this confirmation is inaccurate, please contact us at 1-800-955-0021.

Sincerely,

21st Mortgage Corporation
One Centre Square
620 Market Street
Knoxville, TN 37902

Please be advised further that this letter constitutes neither a demand for payment of the captioned debt nor a notice
of personal liability to the recipient hereof who might have received a discharge of such debt in accordance with
applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States
Bankruptcy code. This letter is being sent to such parties merely to comply with applicable state law.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
This communication is from a debt collector. This is not a bill. Do not mail payment.
Retain this letter for your records.

Office Hours (Eastern Time): Monday through Friday  8:00am - 6:00pm

COLP314      0630



P.O. Box 477 * Knoxville, TN 37901
(865)292-2120 * (800)955-0021
NMLS# 2280 * Fax (877)830-3100

7/18/11

CHARLES HUNT
170 CONQUEST RD

WARRIOR AL 35180

Loan #:  96651 - 0

Payment Description
        Bank Routing Number:      061000227
        Bank Account Number:      *********6597
        Payment Date:             7/18/2011
        Reference Number:         2381021
        ACH Debit Amount:
                Payment            526.15
                Authorized Fee        .00
                Total             $526.15

Dear CHARLES HUNT

Based upon your authorization during our telephone conversation on   7/18/2011   we have initiated an
ACH debit as described above to make the payment that you requested. Included in the debit amount is the
 $.00   fee that you authorized.

If information in this confirmation is inaccurate, please contact us at 1-800-955-0021.

Sincerely,

21st Mortgage Corporation
One Centre Square
620 Market Street
Knoxville, TN 37902

Please be advised further that this letter constitutes neither a demand for payment of the captioned debt nor a notice
of personal liability to the recipient hereof who might have received a discharge of such debt in accordance with
applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States
Bankruptcy code. This letter is being sent to such parties merely to comply with applicable state law.

This is an attempt to collect a debt.  Any information obtained will be used for that purpose.
This communication is from a debt collector. This is not a bill. Do not mail payment.
Retain this letter for your records.

Office Hours (Eastern Time): Monday through Friday  8:00am - 6:00pm

COLP314        0308

C. HUNT    34