FILED
2013 Sep-24 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

CHARLES HUNT,                   }
                                }
     Plaintiff,                 }
                                }      CIVIL ACTION NO.
v.                              }      2:12-CV-2697-WMA
                                }
21st MORTGAGE CORPORATION,      }
a Corporation,                  }
                                }
     Defendant.                 }
```

## ORDER

Plaintiff's September 20, 2013 motion for costs and fees will be carried with the case and ruled on at the conclusion of the case.

DONE this 24th day of September, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE