IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HUNT, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 2:12-CV-2697-WMA |
| } | |
| 21st MORTGAGE CORPORATION, } | |
| a Corporation, } | |
| } | |
| Defendant. } | |

**ORDER**

Before the court are plaintiff Charles Hunt's motions to reconsider the court's September 17, 2013 discovery order and to stay proceedings until the Eleventh Circuit decides a related case. Plaintiff argues that the court failed to follow a binding FCC agency interpretation when it interpreted the term "capacity" as used in § 227(a)(1) of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. He further argues that *Mais v. Gulf Coast Collection Bureau, Inc.*, 11-61936-CIV, 2013 WL 1899616 (S.D. Fla. May 8, 2013), a case currently on appeal to the Eleventh Circuit, will provide important guidance on the appropriate standard of deference to FCC interpretations of the TCPA.

Because the court granted plaintiff's motion to compel discovery, there is no need to reconsider the September 17, 2013 order at this time. For the same reason, there is no reason to stay the discovery deadlines in this case.

Plaintiff's motion to stay the current dispositive motion

deadline, along with all further proceedings, until after the Eleventh Circuit issues a decision in *Mais* calls for a ruling. If defendant 21st Mortgage Corporation wishes to respond to this motion, it shall do so no later than **October 18, 2013, at 4:30 PM.**

DONE this 15th day of October, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE