FILED
2013 Dec-06 PM 04:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CHARLES HUNT,                    )
                                 )
         Plaintiff,              )
                                 )
vs.                              ) No. 2:12-CV-2697-WMA
                                 )
21ST MORTGAGE CORPORATION,       )
                                 )
         Defendant.              )

APPEARANCES:

        Wesley L. Phillips
        Attorney for the Plaintiff

        James E. Mitchell, Jr.
        Jeff Warkins
        Attorneys for the Defendant

        DEPOSITION OF JIM COLLINS

        August 7, 2013

_____

        Watts-Boyd Reporting Agency
           in Association with
        Kathy E. Holt, CCR, LCR
            P.O. Box 30205
        Knoxville, TN 37930-0205
          Phone (865) 288-3962
          Fax   (865) 288-3963
          Cell  (865) 604-3681
            www.wattsboyd.com

1  ask.  If you don't understand what I'm asking, just tell
2  me and I'll rephrase it for you.  Just be sure to answer
3  out "yes" or "no."  The court reporter can't take down
4  head nods, or "uh-huh" and "uh-uh" so be sure if we do,
5  we'll be fine.
6          A     Sure.
7          Q     What is your position at 21st
8  Mortgage?
9          A     Network administrator.
10         Q     And what does network administrator
11 job duties entail?
12         A     Server administration, network
13 administration, phone communication.
14         Q     Okay.  So you work on the phone
15 systems?
16         A     Yes, sir.
17         Q     Okay.  How long have you been network
18 administrator for 21st Mortgage?
19         A     Four years.
20         Q     Has that been your only capacity at
21 21st Mortgage is network administration?
22         A     No, sir.
23         Q     What were you doing before that?
24         A     IS tech.
25         Q     And what is an IS tech?

Page 18

1  Q    And you said it was not put live.
2  What do you mean by that?
3  A    We did not do a one-for-one
4  switch-over until August 11th.
5  Q    What is a one-for-one switch-over?
6  A    One system goes down, one system comes
7  up.
8  Q    Okay. And what was going on in
9  between -- from the middle of July 2012 until August
10 11th, 2012, for the system?
11 A    For the reason why it didn't go up?
12 Q    Yeah. I mean, what was happening?
13 You said it was -- the hardware was installed. What was
14 going on with the other one.
15 A    We had carrier-related issues. They
16 didn't install the correct interface from internal to
17 external.
18 Q    Who is your carrier?
19 A    Windstream.
20 Q    W-i-n-s-t-r-e-a-m (sic)?
21 A    Yes, sir.
22 Q    Okay. So none of your collectors
23 could use that system until August 11th, 2012?
24 A    Correct.
25 Q    Okay. During the process from July

1        A       It just allows you to facilitate
2   program changes.
3        Q       And when you say "program changes,"
4   can you elaborate for me some?
5        A       Program changes as far as, you know,
6   again, ads, moves, changes, group structures, so on and
7   so forth.
8        Q       Okay. Now -- and that software -- how
9   is that software -- is that within a chip in the system
10  itself or how is that software installed and
11  controlled -- the system controlled by it?
12       A       Similar to a server --
13       Q       Uh-huh.
14       A       -- on a hard drive with its own, you
15  know, CPU ram, memory, so on and so forth.
16       Q       So these phones were hooked up to a
17  centralized server?
18       A       Main frame.
19       Q       Main frame. Okay.
20               And so this main frame, that's where
21  you could program all its capabilities for the phone.
22  Correct?
23       A       Correct.
24       Q       Okay. And that would have included an
25  automatic dialer, too?

1    A    It did not have an automatic dialer.
2    Q    Right.
3         But I'm saying that would have
4    included an automatic dialer software as well?
5         MR. MITCHELL:  Objection to the form.
6    BY MR. PHILLIPS:
7    Q    You can answer.
8    A    I'm sorry.  What -- can you repeat
9    that?
10   Q    Yes.  I'm saying from that main
11   frame --
12   A    Right.
13   Q    -- if you had purchased the software
14   to -- for that phone to use the capability it had to do
15   automatic dialing, you would have plugged into that main
16   frame.  Correct?
17   A    It would have to be installed in the
18   main frame.
19   Q    Okay.  And then that would have given
20   all the phones the capability to do automatic dialing?
21   A    If it was installed.
22   Q    Okay.  Got you.
23        Where was that main frame located?
24   A    At headquarters.
25   Q    Do you still have that main frame?

1  so.
2          A       Okay.  Well, you see customer's phone
3  number on the screen --
4          Q       Uh-huh.
5          A       -- and then you reach over to your
6  phone, just pick it up or you might have a headset on
7  and then enter 91 and then you look at the number that
8  you want to dial and you dial it.
9          Q       Okay.  And you make -- say you make
10 contact with that customer.  Then what do you do?
11         A       You work out a plan with the customer.
12 Depending on the delinquency status, you would
13 conference in the -- your direct supervisor, possibly a
14 team leader, let them know the plan for the
15 arrangements -- or for the payments and then they would
16 talk to them as well and then you document the
17 conversation and move on.
18         Q       Is a team leader involved in every
19 contact when the loan is in delinquent status?
20         A       No.
21         Q       What -- when would a team leader be
22 involved?
23         A       If the financial counselor thinks that
24 they should be involved, they have the discretion to
25 decide that.  An account that's over 30 days past due,

```
 1          Q       This Meridian system --
 2          A       Uh-huh.
 3          Q       -- when it was installed, the whole
 4  time it was installed at 21st did it ever have auto
 5  dialing capability?
 6          A       No, sir.
 7          Q       Did it ever have predictive dialing
 8  capability?
 9          A       No, sir.
10          Q       Did it ever have the capability of
11  using prerecorded calls?
12          A       No, sir.
13          Q       How about the capability of an
14  artificial or prerecorded voice?
15          A       No, sir.
16                  MR. MITCHELL:  Okay.  Thanks.
17                  MR. PHILLIPS:  I've got a follow-up to
18          that.
19                          EXAMINATION
20  BY MR. PHILLIPS:
21          Q       You just stated a minute ago that
22  this -- this phone here is a dummy phone.  Right?
23          A       Correct.
24          Q       So it doesn't have any capabilities,
25  does it?
```