IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES HUNT,<br>    Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | Civil Action No.:<br>12-CV-2697-LSC |
| | ) | |
| 21st MORTGAGE CORPORATION,<br>a Corporation,<br>    Defendant. | )<br>)<br>) | |

FILED
NOV 19 2014
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

## VERDICT FOR THE PLAINTIFF

We the jury find the issues in favor of the Plaintiff and against the Defendant and award to the Plaintiff compensatory damages in the amount of $ _125,000_ .

We the jury _do_ (do or do not) find that punitive damages are due to be awarded to Plaintiff.  (Note: If you do not find punitive damages are due to be awarded, skip to the end of this form, sign it and return this verdict form to the Court.)

Having first found that punitive damages are due to be awarded to the Plaintiff, we the jury award the Plaintiff punitive damages in the amount of $ _250,000_ .

This the _19_ day of November, 2014.

Foreperson 

1