# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:12-cv-2697-LSC |
| | ) |
| 21ST MORTGAGE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO SET ASIDE VERDICT AND VACATE JUDGMENT

COMES NOW the Plaintiff, Charles Hunt, and the Defendant, 21st Mortgage Corporation, by and through their undersigned counsel of record, and hereby move the Court, pursuant to Rule 59 F.R.Civ.P., to set aside the verdict returned by the jury in this matter on or about November 19, 2014, and to vacate the judgment entered by the Court of the same date. The Parties have reached a resolution of all the claims in this matter and request that the Court retain jurisdiction of this matter for a period of thirty (30) days to enter any further orders as may be required, or until the parties submit a request for final dismissal.

Dated this the 21st day of November, 2014.

/s/ M. Stan Herring
M. STAN HERRING
Attorneys for the Plaintiff
Charles Hunt

**OF COUNSEL:**
M. Stan Herring, Esquire
WATTS & HERRING, LLC
301 19th Street North
Birmingham, Alabama 35203
stan@wattsherring.com

/s/ David M. Wilson
DAVID M. WILSON  (ASB-1797-N71D)
JAMES E. MITCHELL, JR.  (ASB-9127-E62M)
Attorneys for the Defendant
21st Mortgage Corporation

**OF COUNSEL:**
WILSON & BERRYHILL P.C.
One Metroplex Drive
Suite 250
Birmingham, Alabama  35209
Telephone (205) 252-4441
Facsimile (205) 252-0320
david@wilsonberryhill.com
jimmy@wilsonberryhill.com