FILED
2014 Nov-24 AM 11:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHARLES HUNT, | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| vs. | ) | 2:12-cv-02697-LSC |
| | ) | |
| 21st MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the parties' Joint Motion to Set Aside the Verdict and Vacate Judgment (Doc. 96), informing the Court that the parties have reached a resolution of all claims and would like to vacate the judgment entered by the Court. Accordingly, the verdict reached by the jury and entered on November 19, 2014 (Doc. 95) is VACATED.

Done this 24th day of November 2014.



L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
177825