# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HUNT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 2:12-cv-2697-LSC |
| 21ST MORTGAGE CORPORATION, | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, by and through the undersigned Counsel of Record, and hereby jointly stipulate to the dismissal of this matter. The parties request that the Court dismiss this case, with prejudice, and with costs taxed as paid.

Dated this the 1st day of December, 2014.

/s/ M. Stan Herring
JOHN G. WATTS (ASB-5819-T82J)
M. STAN HERRING (ASB-1074-N72M)
Attorneys for the Plaintiff

**OF COUNSEL:**
Watts & Herring, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com

1

|  |  |
|---|---|
| | /s/ Wesley L. Phillips |
| | WESLEY L. PHILLIPS |
| | Attorney for the Plaintiff |

**OF COUNSEL:**
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama 35236
Telephone: (205) 383-3585
Facsimile: (800) 536-0385
wlp@phillipslaw.com

/s/ James E. Mitchell, Jr.
DAVID M. WILSON  (ASB-1797-N71D)
JAMES E. MITCHELL, JR.  (ASB-9127-E62M)
Attorneys for the Defendant
21st Mortgage Corporation

**OF COUNSEL:**
WILSON & BERRYHILL P.C.
One Metroplex Drive
Suite 250
Birmingham, Alabama  35209
Telephone (205) 252-4441
Facsimile (205) 252-0320
david@wilsonberryhill.com
jimmy@wilsonberryhill.com