FILED
2014 Dec-02  AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HUNT, | ) |
| Plaintiff; | ) |
| vs. | ) 2:12-cv-02697-LSC |
| 21st MORTGAGE CORPORATION, | ) |
| Defendant. | ) |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Dismissal (Doc. 98) filed on December 1, 2014. Accordingly, the case is DISMISSED, with prejudice, and costs are taxed as paid.

Done this 2nd day of December 2014.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
177825